# EXHIBIT D

| | |
|---|---|
| **From:** | Kristen Clarke |
| **To:** | John Powers; Rosemarie Clouston |
| **Subject:** | FW: Following up on call with Lawyers" Committee |
| **Date:** | Tuesday, October 18, 2016 2:01:52 PM |

fyi

**From:** Brehm, Robert (ELECTIONS) [mailto:Robert.Brehm@elections.ny.gov]
**Sent:** Tuesday, October 18, 2016 1:36 PM
**To:** Kristen Clarke
**Cc:** Quail, Brian (ELECTIONS); Valentine, Todd (ELECTIONS); Galvin, Kimberly (ELECTIONS)
**Subject:** RE: Following up on call with Lawyers' Committee

Hello Kristen,

I believe the change you are requesting will require a legislative change.  New York State Election Law Section 5-213 requires that registration poll records of voters in inactive status be removed from the poll ledgers and maintained at the offices of the board of elections.

Bob Brehm

**From:** Nikki Thompson [mailto:nthompson@lawyerscommittee.org] **On Behalf Of** Kristen Clarke
**Sent:** Tuesday, October 18, 2016 11:40 AM
**To:** Brehm, Robert (ELECTIONS) <Robert.Brehm@elections.ny.gov>
**Cc:** Quail, Brian (ELECTIONS) <Brian.Quail@elections.ny.gov>; Valentine, Todd (ELECTIONS) <Todd.Valentine@elections.ny.gov>; Galvin, Kimberly (ELECTIONS) <Kimberly.Galvin@elections.ny.gov>
**Subject:** Following up on call with Lawyers' Committee

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Dear Mr. Brehm and Mr. Valentine,

Thank you for taking the time to speak with me a couple of weeks ago.  I'd like to follow up with you regarding one of the issues we discussed during that call, which relates to the procedures for processing inactive voters at polling places.  Please see the attached letter.

I'd be more than happy to discuss this matter further at your convenience.  Please let me know if you have any questions or if we can be of any further assistance on this issue.

Best,

Kristen Clarke
President and Executive Director