# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMON CAUSE/NEW YORK,** as an organization and on behalf of its members,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT A. BREHM**, Co-Executive Director, **TODD D. VALENTINE**, Co-Executive Director, **PETER S. KOSINSKI,** Co-Chair, **DOUGLAS A. KELLNER,** Co-Chair, **ANDREW J. SPANO,** Commissioner, and **GREGORY P. PETERSON**, Commissioner, in their official capacities as Commissioners of the **NEW YORK STATE BOARD OF ELECTIONS,**<br><br>Defendants. | Civil Action No. 1:17-cv-06770-AJN |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2017, I caused a true and correct copy of the foregoing Electronically Filed *NOTICE of Appearance by Joanna Elise Cuevas Ingram on behalf of Common Cause/New York*, (ECF Dkt. No. 18), as an organization and on behalf of its members, Plaintiff, in Case Number 1:17-cv-06770 (AJN) to be served by certified mail on **ROBERT A. BREHM**, Co-Executive Director, **TODD D. VALENTINE**, Co-Executive Director, in their official capacities as Co-Executive Directors of the **NEW YORK STATE BOARD OF ELECTIONS**; and **PETER S. KOSINSKI,** Co-Chair, **DOUGLAS A. KELLNER,** Co-Chair, **ANDREW J. SPANO,** Commissioner, and **GREGORY P. PETERSON**, Commissioner, in their official capacities as Commissioners of the **NEW YORK STATE BOARD OF ELECTIONS,** Defendants, at the New York State Board of Elections, 40 North Pearl Street, Suite 5, Albany, New York, 12207-2729, in accordance with the Federal Rules of Civil Procedure, and/or The Southern District's Local Rules, and the Individual Motion Practices of The Honorable Judge Alison J. Nathan.

DATED:   New York, New York
         September 11, 2017

-2-

/s/ Joanna Elise Cuevas Ingram
JOANNA ELISE CUEVAS INGRAM (JC 2704)
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 739-7576
jcuevas@latinojustice.org