UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
COMMON CAUSE/NEW YORK, as an
organization and on behalf of its members,

                                  -Plaintiffs,

-against-

ROBERT A. BREHM, Co-Executive
Director, TODD D. VALENTINE,
Co-Executive Director, PETER S. KOSINSKI,
Co-Chair, DOUGLAS A. KELLNER, Co-Chair,
ANDREW J. SPANO, Commissioner, and
GREGORY P. PETERSON,
Commissioner, in their official capacities as
Commissioner of the NEW YORK STATE
BOARD OF ELECTIONS,

                                  -Defendants.
-----------------------------------------------------------------

**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

Case No. 1:17-cv-06770-AJN
Hon. Alison J. Nathan

I, NICHOLAS R. CARTAGENA, hereby declare:

1.  I am an attorney duly admitted to practice law before this Court and am the Deputy Counsel the for the New York State Board of Elections.

2.  I appear on behalf of Defendants ROBERT A. BREHM, Co-Executive Director, TODD D. VALENTINE, Co-Executive Director, PETER S. KOSINSKI, Co-Chair, DOUGLAS A. KELLNER, Co-Chair, ANDREW J. SPANO, Commissioner, and GREGORY P. PETERSON, Commissioner, in their official capacities as Commissioner of the NEW YORK STATE BOARD OF ELECTIONS (collectively, "Defendants').

3.  Attached as Exhibit 'A' is the Memorandum in Support of Legislation located in the bill jacket for Chapter 659 of the Laws of 1994.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 17, 2017

/s/ Nicholas R. Cartagena
Nicholas R. Cartagena
Deputy Counsel
New York State Board of Election
40 North Pearl Street
Suite 5
Albany, New York 12207
(518) 474-2064