

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**NEIL A. STEINER**

neil.steiner@dechert.com
+1 212 698 3822  Direct
+1 212 698 0480  Fax

November 27, 2017

**BY ECF**

Honorable Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Common Cause/New York v. Brehm et al.*, 1:17-cv-06770-AJN

Dear Judge Nathan:

Dechert LLP represents Plaintiff Common Cause/New York in the above-referenced action. In accordance with the Court's Order entered November 21, 2017 (Doc. 40), and pursuant to Rule 3(F) of Your Honor's Individual Practices in Civil Cases, we write to notify the Court and Defendants that with respect to Defendants' Motion to Dismiss, Plaintiff does not intend to file an amended pleading and will rely on the pleading being attacked.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

*/s/ Neil A. Steiner*

Neil A. Steiner

cc:    All Counsel of Record by ECF