UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  DEC 1 8 2017
```

Common Cause/New York,

                    Plaintiff,

          —v—

Robert A. Brehm et al.,

                    Defendants.

17-cv-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 17, 2017, Defendants filed a motion to dismiss.  Opposition to Defendants'
motion was due on December 1, 2017, but as of December 18, 2017, Plaintiff has failed to file an
opposition to Defendants' motion or request a deadline extension.  Therefore, no later January 8,
2018, Plaintiff shall submit a letter to the Court indicating that it wishes to file an opposition to
the motion or does not wish to file an opposition to the motion to dismiss.

If the Plaintiff indicates that it will not file an opposition brief, the Court will deem the
motion fully submitted and will consider its merits.  If the Plaintiff writes that it intends to file an
opposition brief and is seeking an extension of the deadline to file an opposition, the Plaintiff
must demonstrate in its letter that its pursuit of the action has been diligent and that there is a
good reason for extending the deadline.

Failure to submit any letter to the Court by January 8, 2018 shall result in **DISMISSAL**
of the action for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); *Ruzsa v. Rubenstein & Sendy
Attys. at Law*, 520 F.3d 176, 178 (2d Cir. 2008) ("[I]n light of [plaintiff's] failure to respond to

the notice threatening dismissal, it is equally unclear that a 'lesser sanction' would have proved effective in this case.").

SO ORDERED.

Dated: December ___, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge