UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
**COMMON CAUSE NEW YORK,** as an organization and on behalf of its members,

        Plaintiff,

  -against-

**ROBERT A. BREHM**, Co-Executive Director, **TODD D. VALENTINE**, Co-Executive Director, **PETER S. KOSINSKI,** Co-Chair, **DOUGLAS A. KELLNER,** Co-Chair, **ANDREW J. SPANO,** Commissioner, and **GREGORY P. PETERSON**, Commissioner, in their official capacities as Commissioners of the **NEW YORK STATE BOARD OF ELECTIONS**,

        Defendants.
------------------------------------- X

Case No.  1:17-cv-06770-AJN

## DECLARATION OF NEIL A. STEINER

      I, Neil A. Steiner, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

    1.    I am a member of Dechert LLP, counsel for the plaintiff in this case, and am duly admitted to practice before this Court.  I respectfully submit this declaration in opposition to the defendants' motion to dismiss.

    2.    Attached as Exhibit 1 is a copy of the Second Order Extending and Modifying Stipulation and Order Originally Entered April 21, 1994 in *United States v. Cibola Cty*, No. 1:93-cv-01134-LH-LFG, Dkt. 91 (D.N.M. Mar. 19, 2007).

    3.    Attached as Exhibit 2 is a copy of the Stipulation of Facts and Consent Order in *United States v. Bd. of Election Comm'rs for the City of St. Louis*, No. 4:02-CV-1235-CEJ (E.D. Mo. Aug. 14, 2002).

-2-

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: New York, New York.<br>December 22, 2017 | By: /s/ Neil A. Steiner<br>Neil A. Steiner<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>(212) 698-3500 |