UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Common Cause/New York,

        Plaintiff,

–v–

Robert A. Brehm at al.,

        Defendant.

17-cv-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 11, 2018, the Supreme Court issued an opinion in *Husted v. A. Philip Randolph Institute*, 584 U.S. ___ (2018). Each party may submit a supplemental brief of no more than five pages within fourteen days of the date of this Order explaining if and how the opinion impacts the pending motion to dismiss.

SO ORDERED.

Dated: June ___, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge