IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

**COMMON CAUSE NEW YORK, as an organization and on behalf of its members**,

        Plaintiff,

   -against-

**ROBERT A. BREHM**, Co-Executive Director, **TODD D. VALENTINE**, Co-Executive Director, **PETER S. KOSINSKI,** Co-Chair, **DOUGLAS A. KELLNER,** Co-Chair, **ANDREW J. SPANO,** Commissioner, and **GREGORY P. PETERSON**, Commissioner, in their official capacities as Commissioners of the **NEW YORK STATE BOARD OF ELECTIONS**,

        Defendants.

------------------------------------- X

Case No. 1:17-cv-06770-AJN

## **DECLARATION OF NEIL A. STEINER**

I, Neil A. Steiner, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I am a partner at Dechert LLP, counsel for the plaintiff in this case, and duly admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiff's Memorandum of Law In Support of Plaintiff's Motion for Leave to File an Amended Complaint.

2. Attached as Exhibit A is a copy of the proposed First Amended Complaint ("Proposed Amended Complaint").

I declare under penalty of perjury that the foregoing is true and correct.


| | |
|---|---|
| Date: New York, New York<br>November 30, 2018 | By: /s/ Neil A. Steiner<br>Neil A. Steiner<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3822<br>neil.steiner@dechert.com |