UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Common Cause/New York,

        Plaintiff,

–v–

Robert A. Brehm at al.,

        Defendants.

17-cv-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Before the Court is Plaintiff's motion for leave to file an Amended Complaint. Dkt. No. 66. For the following reasons, the motion is GRANTED.

    On October 31, 2018, a Civil Case Management Plan was entered permitting the parties to file motions to amend pleadings or join additional parties within 30 days of that order. Dkt. No. 65. On November 30, 2018, Plaintiff filed a motion to amend. Dkt. No. 66. Defendants do not oppose. *See generally* Local Civil Rule 6.1 (setting the schedule to file oppositions to motions).

    Motions to amend should be "freely" granted "when justice so requires," Fed. R. Civ. P. 15(a)(2), unless the motion was unduly delayed, the movant acted with bad faith, the non-movant would face "undue prejudice" as a result of the amendment, or the proposed amendment would be futile. *See AEP Energy Servs. Gas Holding Co. v. Bank of Am., N.A.*, 626 F.3d 699, 725–26 (2d Cir. 2010); *State Teachers Ret. Bd. v. Fluor Corp.*, 654 F.2d 843, 856 (2d Cir. 1981).

    None of these concerns are present here. Accordingly, the Court hereby GRANTS Plaintiffs leave to file its proposed Amended Complaint. Plaintiff shall file the amended complaint presently docketed as Dkt. No. 68-1 within seven days of this Order.

SO ORDERED.

Dated: December 21, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge