UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Common Cause/New York, *as an organization and on behalf of its members*,

        Plaintiff,

—v—

Robert A. Brehm et al.,

        Defendants.

17-CV-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A post-discovery status conference is scheduled for May 24, 2019. Dkt. No. 77. In light of this deadline, it is hereby ORDERED that by May 17, 2019, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: May 10, 2019
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge