UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Common Cause/New York,

        Plaintiff,

—v—

Robert A. Brehm at al.,

        Defendants.



17-cv-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In order to ensure timely resolution of this matter, Defendants' request to adjourn the current trial date of October 14, 2019 is hereby DENIED.

    SO ORDERED.

Dated: July 9, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge