## DECLARATION OF DENISE ROBERTS

Pursuant to 28 U.S.C. § 1746, I, Denise Roberts, declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am a life-long resident of New York.

3. I was born in 1960.

4. I am a permanent resident of Endicott, Tioga County, New York.

5. I have been domiciled in Tioga County since 2013.

6. I moved from my address at 1091 Herkimer St., Brooklyn, NY 11233, to my new address at 27 Dover Dr., Endicott, NY 13760, approximately three and a half years ago.

7. I voted in the federal presidential general election in both 2008 and 2012. In both elections, I voted at the polling location indicated by the New York City Board of Elections for my address at 1091 Herkimer St., Brooklyn, NY 11233.

8. After moving, I updated my voter registration and received from the Tioga County Board of Elections a new voter registration card indicating my updated voter registration status, my new address and my new polling location at Campville Fire Station, 6153 State Route 17C, Endicott, NY 13760.

9. When I voted in the November 2015 Tioga County General Elections, I voted at the Campville Fire Station, 6153 State Route 17C, Endicott, NY 13760.

Confidential

10. I did not vote in the 2016 primary election.

11. Upon arriving at the Campville Fire Station on November 8, 2016, to cast my ballot in the federal presidential election, I was told by poll workers that I was not listed in the poll book. The poll workers could not provide me with a reason for the omission of my name from the poll book. After the poll workers placed a phone call, I was told by the poll workers that the person with whom they had spoken had informed them that I was listed as "inactive" and that I would have to vote by affidavit ballot.

12. I believed that the information given to me by the poll workers was correct.

13. I showed the poll workers my photo identification and my voter registration card indicating that I was registered at my current address.

14. The poll workers at Campville Fire Station provided me with an affidavit ballot to fill out. I was told by the poll workers that if my information could be verified my vote would be counted; otherwise, my vote would not be counted.

15. I filled out the affidavit ballot and gave it to the poll workers.

16. Upon leaving the Campville Fire Station, I was very upset. I was shocked that my name was not in the poll book. I had no confidence that my affidavit ballot would be counted.

17. Shortly after leaving the polling location, I contacted the Tioga County Board of Elections. I was told by a Board of Election staff member that my voter

Confidential                                                                                          CCNY-000042

registration had been cancelled because the postmaster had returned the residence confirmation notice sent by the Board of Elections to me at my current address.

18. Since I moved to my current address in 2013, I have never received any notices from the Tioga County Board of Elections regarding my voter registration.

19. On December 9, 2016, I received a letter from the Tioga County Board of Elections. The letter informed me that my affidavit vote had not been counted because the annual mail check sent to me in 2015 was returned to due incomplete or insufficient information of my address.

20. I was upset after receiving this letter because my attempt to fulfill my constitutional right to vote had been thwarted through no fault of my own.

21. I believe that I was denied my constitutional right to vote due to the inaccuracy of the voter rolls.

22. I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of April 2017, in Vestal, New York.

Denise Roberts