IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMON CAUSE/NEW YORK,** as an organization and on behalf of its members, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT A. BREHM**, Co-Executive Director, **TODD D. VALENTINE**, Co-Executive Director, in their official capacities as Co-Executive Directors of the **NEW YORK STATE BOARD OF ELECTIONS**; and **PETER S. KOSINSKI,** Co-Chair, **DOUGLAS A. KELLNER,** Co-Chair, **ANDREW J. SPANO,** Commissioner, and **GREGORY P. PETERSON**, Commissioner, in their official capacities as Commissioners of the **NEW YORK STATE BOARD OF ELECTIONS,** <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:17-cv-06770-AJN |

## STIPULATION

In accordance with the discussion at the October 7, 2019 Pretrial Conference in the above-captioned action, Plaintiff Common Cause/New York, as an organization and on behalf of its members ("Plaintiff") and Defendants Robert A. Brehm, Co-Executive Director and Todd D. Valentine, Co-Executive Director, in their official capacities as Co-Executive Directors of the New York State Board of Elections ("NYS BOE"); Peter S. Kosinski, Co-Chair and Douglas A. Kellner, Co-Chair, in their official capacities as Co-Chairs of the NYS BOE; and Andrew J. Spano, Commissioner and Gregory P. Peterson, Commissioner, in their official capacities as Commissioners of the NYS BOE  (collectively, "Defendants"), by and through undersigned

counsel, hereby stipulate and agree, and the Court orders, that the following exhibits are admitted in evidence by stipulation and without objection:

<u>Plaintiff Trial Exhibits:</u>

P001 – P016

P019 – P020

P023-P-083

P086 – P090

P092 – P120

P122 – P134

P136 – P169

P171 – P184

P186 – P195

P197 – P249

P254 – P260

<u>Defendant Trial Exhibits:</u>

D-001 – D-002

D-005-D-007

        D-010 – D-012

        D-014 – D-050

        D-052 – D-071

        D-076 – D-157

        D-159 – D-160

        D-162 – D-171

        D-173 – D-179

Dated: October 15, 2019

| /s/ *Neil A. Steiner* | /s/ *Brian Quail* |
|---|---|
| **DECHERT LLP** | **Brian Lee Quail** |
| Neil A. Steiner | New York State Board of Elections |
| Dechert LLP | 40 North Pearl Street |
| 1095 Avenue of the Americas | Albany, NY 12207 |
| New York, NY 10036 | Telephone: 518-474-6367 |
| (212) 891-9418 | Fax: 518-486-4068 |
| neil.steiner@dechert.com | Brian.quail@elections.ny.gov |
| | |
| Anna Do (*pro hac vice*) | **Nicholas Robert Cartagena** |
| Dechert LLP | New York State Board of Elections |
| 633 West 5th Street | 40 North Pearl Street |
| Suite 4900 | Albany, NY 12207 |
| Los Angeles, CA  90071 | Telephone: 518-474-6367 |
| (213) 808-5700 | Fax: 518-486-4068 |
| anna.do@dechert.com | Nicholas.cartagena@elections.ny.gov |
| | |
| Hilary Bonaccorsi (*pro hac vice*) | **William J. McCann, Jr.** |
| One International Place, 40th Floor | NYS Board of  Elections (ALB) |
| 100 Oliver Street | 40 Steuben Street |
| Boston, MA 02110 | Albany, NY 12207-2109 |
| (617) 728-7153 | Telephone: 518-474-2063 |
| hilary.bonaccorsi@dechert.com | Fax: 518-486-6627 |
| | William.mccann@elections@ny.gov |

Tharuni Jayaraman (*pro hac vice*)
Dechert LLP
1900 K Street NW
Washington, D.C. 20006
(202) 261-3420
tharuni.jayaraman@dechert.com

Ezra Rosenberg (*pro hac vice*)
John Powers (*pro hac vice*)
Ryan Snow (*pro hac vice*)
Lawyers' Committee for Civil Rights
Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
(202) 662-8336
erosenberg@lawyerscommittee.org
jpowers@lawyerscommittee.org

Jackson Chin
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jchin@latinojustice.org

*Attorneys for Plaintiff*
*Common Cause/New York*


So Ordered this      day of                2019                    _____
                                                                    Alison J. Nathan
                                                                    United States District Judge