# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Common Cause/New York, as an organization
and on behalf of its members,
       Plaintiff,

-against-

Robert A. Brehm et al.,
       Defendants.

-----------------------------------------------------------X

17 **CIVIL** 6770 (AJN)

# JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated January 10, 2020, the Court concludes that New York's refusal to provide inactive lists at polling locations violates the Equal Protection Clause. The State is therefore ordered to provide the names of inactive voters registered to vote in a particular election district to the poll workers of that election district. The Court further concludes that the State's affidavit-ballot process does not violate the Fourteenth Amendment. And the Court identifies three discrete voters as to whom the State violated the National Voter Registration Act. In its Amended Complaint, Common Cause requested the award of "the costs and disbursements incurred in connection with this action, including, without limitation, their reasonable attorneys' fees, expenses, and costs." If Common Cause continues to seek this award, it is ordered to detail its expenses and submit letter briefing justifying its request no later than three weeks from the date of the Order. The State may submit its briefing regarding Common Cause's request no later than three weeks after that. Common Cause may then submit a reply no later than one week after that. The Court retains jurisdiction to monitor the State's compliance with the terms of the Order.

**Dated:** New York, New York
    January 13, 2020

                 **RUBY J. KRAJICK**
                 **Clerk of Court**

**BY:** _____
                 **Deputy Clerk**