# EXHIBIT 2

| Description | Amount |
|---|---:|
| Meals | $2,978.77 |
| Transcripts and Video Depositions | $29,492.48 |
| Filing, Docket, Subpoena and Service Fees | $4,885.62 |
| Expert Witness Fees | $82,117.19 |
| Outside Copying | $5,709.76 |
| Trial Electronics and Graphics | $24,588.09 |
| Air Fare | $3,825.21 |
| Certificates of Good Standing | $57.00 |
| Hotel | $9,972.34 |
| Train Fare | $2,848.75 |
| Taxi Fare | $2,312.23 |
| Westlaw Search Fees | $3,153.88 |
| Pacer Research Fees | $886.10 |
| Lexis Search Fees | $1,149.68 |
| Federal Express | $1,012.83 |
| **Total** | **$175,002.68** |