# EXHIBIT 1

*Lawyers' Committee Hours Worked in Common Cause/NY v. Brehm - Summary by Timekeeper*

| TIMEKEEPER | HRS WORKED | HOURS BILLED | RATE/HR | TOTAL LC FEES |
|---|---|---|---|---|
| J. Powers | 1080.9 | 975.5 | $450 | $438,975.00 |
| R. Snow | 540.2 | 485.8 | $325 | $157,885.00 |
| E. Rosenberg | 39.4 | 0 | N/A | $0.00 |
| S. Weiss | 37.8 | 0 | N/A | $0.00 |
| **Total** | **1,698.3** | **1,461.3** | | **$596,860.00** |

*Ten Percent Reduction of Total Fees Sought in Exercise of Billing Judgment*

| | |
|---|---|
| **Total LC Fees Pre-Reduction** | $596,860.00 |
| **Voluntary Ten Percent Reduction** | $59,686.00 |
| **Reduced LC Attorney's Fees Sought** | $537,174.00 |