# EXHIBIT 3

*Lawyers' Committee Expenses Incurred in Common Cause/NY v. Brehm*

| Account Description | Vendor/Employee | Date | Detail | Amount |
|---|---|---|---|---|
| Delivery - courier service | Federal Express Corp. | 10/30/2019 | VFED01 L Patino | 63.34 |
| RESEARCH | Thomson Reuters-West | 1/9/2020 | VWES01 John Powers | 0.73 |
| TRAVEL & MEALS | Ryan Snow | 3/26/2019 | Airfare | 326.60 |
| TRAVEL & MEALS | Ryan Snow | 3/26/2019 | Lodging | 363.77 |
| TRAVEL & MEALS | John Powers | 4/8/2019 | Airfare | 378.60 |
| TRAVEL & MEALS | John Powers | 4/8/2019 | Dinner | 28.96 |
| TRAVEL & MEALS | John Powers | 4/8/2019 | Lodging | 359.10 |
| TRAVEL & MEALS | John Powers | 4/8/2019 | Lunch | 15.10 |
| TRAVEL & MEALS | John Powers | 4/8/2019 | Rental Car | 266.50 |
| TRAVEL & MEALS | Ryan Snow | 4/8/2019 | Breakfast | 19.52 |
| TRAVEL & MEALS | Ryan Snow | 4/8/2019 | Dinner | 20.16 |
| TRAVEL & MEALS | John Powers | 4/9/2019 | Dinner | 0.00 |
| TRAVEL & MEALS | John Powers | 4/9/2019 | Lunch | 9.67 |
| TRAVEL & MEALS | John Powers | 4/9/2019 | Parking | 24.00 |
| TRAVEL & MEALS | Ryan Snow | 4/9/2019 | Dinner | 43.97 |
| TRAVEL & MEALS | Ryan Snow | 4/9/2019 | Lunch | 14.84 |
| TRAVEL & MEALS | John Powers | 4/10/2019 | Lunch | 23.17 |
| TRAVEL & MEALS | John Powers | 4/10/2019 | Parking | 24.00 |
| TRAVEL & MEALS | John Powers | 4/28/2019 | Train | 192.00 |
| TRAVEL & MEALS | John Powers | 4/29/2019 | Dinner | 27.00 |
| TRAVEL & MEALS | John Powers | 4/29/2019 | Lodging | 466.02 |
| TRAVEL & MEALS | John Powers | 4/29/2019 | Lunch | 10.00 |
| TRAVEL & MEALS | John Powers | 4/29/2019 | Subway | 10.00 |
| TRAVEL & MEALS | John Powers | 4/30/2019 | Dinner | 0.00 |
| TRAVEL & MEALS | John Powers | 4/30/2019 | Lunch | 0.00 |
| TRAVEL & MEALS | John Powers | 5/1/2019 | Subway | 10.00 |
| TRAVEL & MEALS | John Powers | 5/1/2019 | Train | 86.00 |
| TRAVEL & MEALS | Ryan Snow | 5/15/2019 | Airfare + Lodging | 863.87 |
| TRAVEL & MEALS | Ryan Snow | 5/15/2019 | Rental Car | 279.19 |
| TRAVEL & MEALS | John Powers | 5/24/2019 | Airfare | 259.30 |
| TRAVEL & MEALS | John Powers | 5/24/2019 | Subway | 10.00 |
| TRAVEL & MEALS | John Powers | 5/24/2019 | Taxi | 30.83 |
| TRAVEL & MEALS | John Powers | 5/24/2019 | Train | 125.00 |
| TRAVEL & MEALS | John Powers | 6/17/2019 | Airfare | 143.31 |
| TRAVEL & MEALS | John Powers | 6/17/2019 | Breakfast | 11.42 |
| TRAVEL & MEALS | John Powers | 6/17/2019 | Dinner | 24.56 |
| TRAVEL & MEALS | John Powers | 6/17/2019 | Lodging | 178.54 |
| TRAVEL & MEALS | John Powers | 6/17/2019 | Lunch | 14.47 |
| TRAVEL & MEALS | Ryan Snow | 6/17/2019 | Dinner | 30.91 |
| TRAVEL & MEALS | Ryan Snow | 6/17/2019 | Taxi | 31.44 |
| TRAVEL & MEALS | John Powers | 6/18/2019 | Breakfast | 0.00 |
| TRAVEL & MEALS | John Powers | 6/18/2019 | Lodging | 141.05 |
| TRAVEL & MEALS | John Powers | 6/18/2019 | Lunch | 0.00 |
| TRAVEL & MEALS | Ryan Snow | 6/18/2019 | Dinner | 5.81 |
| TRAVEL & MEALS | Ryan Snow | 6/18/2019 | Gas | 26.64 |
| TRAVEL & MEALS | Ryan Snow | 6/18/2019 | Lunch | 8.55 |
| TRAVEL & MEALS | John Powers | 6/19/2019 | Dinner | 0.00 |
| TRAVEL & MEALS | Ryan Snow | 6/19/2019 | Dinner | 26.67 |
| TRAVEL & MEALS | Ryan Snow | 6/19/2019 | Lunch | 18.05 |
| TRAVEL & MEALS | John Powers | 6/20/2019 | Lunch | 28.10 |
| TRAVEL & MEALS | Ryan Snow | 6/20/2019 | Lodging | 76.21 |
| TRAVEL & MEALS | Ryan Snow | 6/20/2019 | Lunch | 18.77 |

| | | | | |
|---|---|---|---|---|
| TRAVEL & MEALS | Ryan Snow | 6/21/2019 | Breakfast | 4.62 |
| TRAVEL & MEALS | Ryan Snow | 6/21/2019 | Dinner | 9.24 |
| TRAVEL & MEALS | Ryan Snow | 6/21/2019 | Lunch | 15.55 |
| TRAVEL & MEALS | John Powers | 7/29/2019 | Dinner | 30.00 |
| TRAVEL & MEALS | John Powers | 7/29/2019 | Lodging | 749.50 |
| TRAVEL & MEALS | John Powers | 7/29/2019 | Train | 376.00 |
| TRAVEL & MEALS | John Powers | 7/30/2019 | Taxi | 36.64 |
| TRAVEL & MEALS | John Powers | 9/10/2019 | Dinner | 30.00 |
| TRAVEL & MEALS | John Powers | 9/10/2019 | Lodging | 1,329.26 |
| TRAVEL & MEALS | John Powers | 9/10/2019 | Subway | 12.00 |
| TRAVEL & MEALS | John Powers | 9/10/2019 | Train | 284.00 |
| TRAVEL & MEALS | John Powers | 9/11/2019 | Dinner | 42.65 |
| TRAVEL & MEALS | John Powers | 9/12/2019 | Dinner | 22.83 |
| TRAVEL & MEALS | John Powers | 9/13/2019 | Dinner | 17.95 |
| TRAVEL & MEALS | John Powers | 9/13/2019 | Lunch | 19.38 |
| TRAVEL & MEALS | John Powers | 9/13/2019 | Subway | 5.50 |
| TRAVEL & MEALS | John Powers | 9/13/2019 | Train | 127.00 |
| TRAVEL & MEALS | Ryan Snow | 9/24/2019 | Lodging | 1,356.58 |
| TRAVEL & MEALS | Ryan Snow | 9/27/2019 | Train | 176.00 |
| TRAVEL & MEALS | John Powers | 10/6/2019 | Dinner | 27.00 |
| TRAVEL & MEALS | John Powers | 10/6/2019 | Lodging | 112.52 |
| TRAVEL & MEALS | John Powers | 10/6/2019 | Lunch | 8.00 |
| TRAVEL & MEALS | John Powers | 10/6/2019 | Train | 351.00 |
| TRAVEL & MEALS | John Powers | 10/7/2019 | Breakfast | 6.53 |
| TRAVEL & MEALS | John Powers | 10/7/2019 | Lunch | 16.89 |
| TRAVEL & MEALS | John Powers | 10/7/2019 | Subway | 3.00 |
| TRAVEL & MEALS | John Powers | 10/12/2019 | Lunch | 16.00 |
| TRAVEL & MEALS | John Powers | 10/12/2019 | Taxi | 16.09 |
| TRAVEL & MEALS | John Powers | 10/12/2019 | Train | 96.00 |
| TRAVEL & MEALS | John Powers | 10/13/2019 | Dinner | 48.99 |
| TRAVEL & MEALS | John Powers | 10/13/2019 | Lodging | 1,337.09 |
| TRAVEL & MEALS | John Powers | 10/13/2019 | Lunch | 26.13 |
| TRAVEL & MEALS | John Powers | 10/13/2019 | Taxi | 32.98 |
| TRAVEL & MEALS | Ryan Snow | 10/13/2019 | Lodging | 208.97 |
| TRAVEL & MEALS | John Powers | 10/14/2019 | Dinner | 41.37 |
| TRAVEL & MEALS | John Powers | 10/14/2019 | Subway | 10.00 |
| TRAVEL & MEALS | Ryan Snow | 10/14/2019 | Dinner | 49.46 |
| TRAVEL & MEALS | John Powers | 10/15/2019 | Subway | 10.00 |
| TRAVEL & MEALS | Ryan Snow | 10/15/2019 | Dinner | 40.74 |
| TRAVEL & MEALS | Ryan Snow | 10/15/2019 | Subway | 3.00 |
| TRAVEL & MEALS | John Powers | 10/16/2019 | Dinner | 45.73 |
| TRAVEL & MEALS | John Powers | 10/16/2019 | Taxi | 21.16 |
| TRAVEL & MEALS | Ryan Snow | 10/16/2019 | Subway | 3.00 |
| TRAVEL & MEALS | John Powers | 10/17/2019 | Dinner | 24.50 |
| TRAVEL & MEALS | Ryan Snow | 10/17/2019 | Subway | 3.00 |
| TRAVEL & MEALS | John Powers | 10/18/2019 | Airfare | 283.30 |
| TRAVEL & MEALS | John Powers | 10/18/2019 | Taxi | 54.21 |
| TRAVEL & MEALS | Ryan Snow | 10/18/2019 | Subway | 3.00 |
| PRINTING AND DUP | John Powers | 4/5/2019 | Printing/Duplication | 9.09 |
| Court Cost | NJ Board of bar examiners | 9/14/2017 | VSEC01 Ezra Rosenberg | 20.00 |
| Court Cost | NJ Board of bar examiners | 7/20/2018 | Good Standing for Rosenberg | 20.00 |
| * Total | **Total CCNY v. Brehm Court Costs** | | | **12,729.19** |