# EXHIBIT 4

 Gmail

John Powers <jmppowers@gmail.com>

---

**Trip itinerary and receipt: 15DC-5004**
1 message

---

**Upside Travel** <navigators@upside.com>                    Thu, Mar 21, 2019 at 9:53 PM
To: jmppowers@gmail.com
Cc: receipts@expensify.com



## Trip itinerary and receipt

### Flight to Albany, NY

Monday, Apr 08–Thursday, Apr 11

Your Booking Number:

**15DC-5004**   View itinerary details

Questions? Contact our Navigators
(855) 252-2151
navigators@upside.com

### Flights

John Powers's Confirmation: **UJIEEP**                              I round trip ticket

Mon. 04/08/19
✈ American Airlines 5415

| 11:50 am | 1:19 pm |
|----------|---------|
| DCA | ALB |
| Washington | Albany |

Operated by PSA AIRLINES AS AMERICAN EAGLE

Seat:      Pending **View or Change Seat**
Class:     Economy

Equipment:   CRJ

Thu. 04/11/19

American Airlines 5156

5:29 am          7:09 am
ALB              DCA
Albany           Washington

Operated by PSA AIRLINES AS AMERICAN EAGLE

Seat:       12D **View or Change Seat**
Class:      Economy
Equipment:  CRJ

## Manage your trip anywhere

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
5853556194

| | |
|---|---|
| **Trip Price** | $378.60 |
| Taxes and Fees | $50.58 |

To download an itemized receipt, log in to your account and view this trip.

## Transaction History

| Date | Transaction | Amount |
|------|-------------|--------|

| Mar 22, 2019 | CC Charge (MasterCard X-0497) | $378.60 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.

## Your referral code: BZJT2S

Earn more gift cards by sharing Upside with your colleagues and friends.

  

Referral codes are subject to Upside's official referral terms.

## CANCELLATION POLICY AND DETAILS

Once confirmed, airline change penalties and restrictions apply.

Most tickets are non-refundable. See your airline's full fare rules for additional details.

Check your airline's baggage fees and restrictions before your trip.

Airline tickets are non-transferrable. Name changes or adjustments are not allowed once purchased.

Airfare and flight availability are not guaranteed until purchased.

**Domestic / International Flights**

Domestic: You will be issued electronic tickets. Remember to bring a valid government-issued photo ID with you to check-in.

International: You will be issued electronic tickets. All travelers will need a valid passport and you may also need to show additional documentation at your destination and/or in connecting countries.

Purchaser must be over 18 years of age.

If you need to change or cancel your reservations, contact our Navigators who can help you with your trip at (855) 252-2151 or (202) 753-9604.

THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | 528685430 |
|---|---|
| Date: | 04/11/2019 |
| Document: | 939002626738 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| Renter: | JOHN POWERS |
|---|---|
| Account No.: | ************0497 MC |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

MR JOHN MICHAEL POWERS
1648 FLORIDA AVE NW
WASHINGTON, DC 20009

## RENTAL REFERENCE
Rental Agreement No: 528685430
Reservation ID:      H9773388480
Frequent Traveler:   ZE1

## RENTAL DETAILS
| Rate Plan: | IN: RCUD3    OUT: RCUD3 |
|---|---|
| Rented On: | 04/08/2019 14:30  LOC# 176011 |
| | ALBANY, NY |
| Returned On: | 04/11/2019 08:09  LOC# 176011 |
| | ALBANY, NY |
| Car Description: | ACCENT 1.6L JGT5937 |
| Veh. No.: | 1660349 |

CAR CLASS Charged:  B          MILEAGE   In: 1,953
         Rented:   B                    Out: 1,892
         Reserved: B          Driven:   61

## MISCELLANEOUS INFORMATION
CC AUTH:  05280Z  DATE: 2019/04/08  AMT:  451.00
CC AUTH:  05280Z  DATE: 2019/04/08  AMT:  278.00

## RENTAL CHARGES
| DAYS | 3 @ | 64.20 | 192.60 |
|---|---|---|---|
| SUBTOTAL | | | 192.60 |
| | | | |
| FUEL & SERVICE | | | 21.78 |
| CONCESSION FEE RECOVERY | | | 23.82 |
| CUSTOMER FACILITY CHARGE | | | 6.00 |
| TAX | | 14.00% | 34.18 |

TOTAL CHARGES                        278.38 USD

## Gold Plus Rewards Points
Earned this rental:   214

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | 528685430 |
|---|---|
| Date: | 04/11/2019 |
| Document: | 939002626738 |

| Renter: | JOHN POWERS |
|---|---|
| Account No.: | ************0497 MC |

Phone:      800-654-4173
Web:        www.hertz.com

GCM1A4          0090 GC

| TOTAL CHARGES | 278.38 USD |
|---|---|

# Fairfield
BY MARRIOTT

**Fairfield by Marriott® Albany University Area**
1383 Washington Ave, Albany Ny 12206 **P** 518.435.1800
**Fairfield.Marriott.com**

| | | |
|---|---|---|
| John Powers | Room: 206 | |
| 1648 Florida Ave Nw | Room Type: QNQN | |
| Washington DC 20009 | Number of Guests: 1 | |
| None | Rate: $105.00 | Clerk: APP |
| Arrive: 08Apr19   Time: 04:10PM   Depart: 11Apr19 | Time: 07:25AM | Folio Number: 72191 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 08Apr19 | Visa | | 359.10 |
| | *Card #: VIXXXXXXXXXXXX8177/XXXX* | | |
| | *Amount:  359.10  Auth: 01432C  Signature on File* | | |
| | *This card was electronically swiped on 08Apr19* | | |
| 08Apr19 | Room Charge | 96.00 | |
| 08Apr19 | Occupancy Sales Tax | 5.76 | |
| 08Apr19 | State Occupancy Tax | 7.68 | |
| 09Apr19 | Room Charge | 114.00 | |
| 09Apr19 | Occupancy Sales Tax | 6.84 | |
| 09Apr19 | State Occupancy Tax | 9.12 | |
| 10Apr19 | Room Charge | 105.00 | |
| 10Apr19 | Occupancy Sales Tax | 6.30 | |
| 10Apr19 | State Occupancy Tax | 8.40 | |
| | **BALANCE:** | **0.00** | |

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

```
VIEWTRAN                    Electronic Journal Report           04/05/19 01:24 PM
Ver. 1.21                                                       Page 001
Store 2527
```

| Term. # | Trans. # | Date/Time | Cashier #/Name |
|---------|----------|-----------|----------------|
| 09 | 4716 | 04/05/19  01:21 PM | 94      * No Name * |

### Transaction Detail

```
1   000000380063              4.29T              CAL FILE FLDR LTR
1   000000380063              4.29T              CAL FILE FLDR LTR
2   Items
    Sub-Total                 8.58
    DC 6.0% TAX               0.51
    Total                     9.09
    Charge                    9.09
```

** End of Report. **

Madison Pour House
1110 Madison Ave.
Albany, NY 12208

Server: Bar E          04/08/19
Check #53              8:22 PM

38. Hill Farmstead -16oz
                        $11.00
Mac Attack              $12.00
  Add Bacon To Mac       $2.00
Buffalo Chicken Flatbread
                        $12.00

Subtotal                $37.00
Tax                      $2.96
Total                   $39.96

            Powered by
  Quality Retail Systems, Inc.

OHM CHICK-FIL-A (ALB)
737 Albany Shaker Rd
Albany, NY.
(518)818-0579

ORDER #723

Date: 4/8/2019    Time: 3:35:59 PM
Status:           Approved
Card Type:        Master
Card Number:      XXXXXXXXXXXX0497
Swipe/Manual:     Chip
Server Name:      Ruanaijh
Check Number:     788851
Card Owner:       POWERS/JOHN

    Check Total        15.10

    Approval: 06435Z

1    #2 Spicy Meal          8.15
1    #5 Grld Ckn Sand       5.79
     Btl Water              0.04

Grappa72

Check: 39511
Card Type        VS
Card Number      ************8177

Amount           $38.86

        Tip: _____

      Total: _____

          Grappa72

618 Central Ave
Albany, NY 12208
    518-482-7200

on Albany Parking Garage
Pine St
Albany , NY 12207
518-462-6611
DATE: 04/10/19
TIME: 05:49 PM

No.    60/111/82
      * Original *
cket:   110667
ry : 04/10/19 09:28 AM

X    luded         24.00

dit.             24.00
D : 608233716
. : XXXXXXXXXXXX8177
e: VISA

Thank you for parking with us!

Note – I
parked on
4/9 as well
but the receipt didn't print. RyanSnow
can vouch can pull credit card record
if need be.

```
            PEARL STREET DINER
               40 N PEARL ST
            ALBANY, NY  12207
             ph 518-463-4829


------------------------------------------
     TABLE: Full Access #43 - 1 Guest
          Server: Full Access
          4/10/2019 1:49:30 PM
          Sequence #: 0000205
             ID #: 0178833
ITEM                          QTY PRICE
------------------------------------------
Food                            1   $9.25
Food                            1   $9.95
Food                            1   $2.25
            Subtotal               $21.45
            Total Taxes             $1.72
------------------------------------------
            Grand Total            $23.17
Credit Purchase
CC Type           :VISA
CC Num            :xxxx xxxx xxxx 8177
Reference         :8177rbjx139es647
Server            :Full Access
Ticket Name       :Full Access #43


       Payment Amount:         $23.17

          Tip:            _____

          Total:          _____


x _____


: Purchase
CHASE VISA: XXXXXXXXXXXX8177
Entry
Mode: Chip
CVM: SIGN
Invoice:
0000023941
Clerk: 1
Response: APPROVED
Auth
Code: 07675C
: EMV DETAILS
AID:
A0000000031010
TVR: 0080008000
IAD:
06021203A0A002
TSI: E800
Amount: USD $23.17
```

```
            PEARL STREET DINER
               40 N PEARL ST
            ALBANY, NY  12207
             ph 518-463-4829


------------------------------------------
     TABLE: Full Access #82 - 1 Guest
          Server: Full Access
          4/9/2019 1:40:16 PM
          Sequence #: 0000209
             ID #: 0178674
ITEM                          QTY PRICE
------------------------------------------
Food                            1   $8.95
            Subtotal                $8.95
            Total Taxes             $0.72
------------------------------------------
            Grand Total             $9.67
Credit Purchase
CC Type           :MasterCard
CC Num            :xxxx xxxx xxxx 0497
Reference         :0497rjr30r90yfnx
Server            :Full Access
Ticket Name       :Full Access #82


       Payment Amount:          $9.67

          Tip:            _____

          Total:          _____


x _____


: Purchase
MASTERCARD: XXXXXXXXXXXX0497
Entry
Mode: Chip
CVM: SIGN
Invoice:
0000023791
Clerk: 1
Response: APPROVED
Auth
Code: 00212Z
: EMV DETAILS
AID:
A0000000041010
IVR: 0000008000
IAD:
0110A080032200068F300000000000000FF
TSI:
E800
Amount: USD $9.67
```

Element New York Times Square West
311 West 39th Street
New York, NY 10018
United States
Tel: 212-643-0770



element
BY WESTIN

JOHN POWERS
1648 FLORIDA AVE NW
WASHINGTON, DC, 20009
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 742200 |
| Folio ID | : | A |
| Arrive Date | : | 29-APR-19   19:38 |
| Depart Date | : | 01-MAY-19   09:22 |
| No. Of Guest | : | 1 |
| Room Number | : | 3709 |
| Marriott Bonvoy Number : | | 5526 |

Invoice Nbr   :   245933

Tax Invoice

Tax ID :

Element NY Tim NYCEL  MAY-01-2019  09:30  MICHAEL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 29-APR-19 | RT3709 | Room Chrg - Advance Purchase | 156.00 | |
| 29-APR-19 | RT3709 | State Tax | 13.85 | |
| 29-APR-19 | RT3709 | City/Local Tax | 9.17 | |
| 29-APR-19 | RT3709 | Occupancy/Tourism | 2.00 | |
| 29-APR-19 | RT3709 | Occupancy/Tourism Tax | 1.50 | |
| 30-APR-19 | RT3709 | Room Chrg - Advance Purchase | 244.00 | |
| 30-APR-19 | RT3709 | State Tax | 21.66 | |
| 30-APR-19 | RT3709 | City/Local Tax | 14.34 | |
| 30-APR-19 | RT3709 | Occupancy/Tourism | 2.00 | |

Continued on the next page

Element New York Times Square West
311 West 39th Street
New York, NY  10018
United States
Tel: 212-643-0770

element
BY WESTIN

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHN POWERS | | Page Number | : | 2 | Invoice Nbr | : 245933 |
| 1648 FLORIDA AVE NW | | Guest Number | : | 742200 | | |
| WASHINGTON, DC, 20009 | | Folio ID | : | A | | |
| United States Of America | | Arrive Date | : | 29-APR-19 | 19:38 | |
| | | Depart Date | : | 01-MAY-19 | 09:22 | |
| | | No. Of Guest | : | 1 | | |
| | | Room Number | : | 3709 | | |
| | | Marriott Bonvoy Number : | | 5526 | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 30-APR-19 | RT3709 | Occupancy/Tourism Tax | 1.50 | |
| 01-MAY-19 | VI | Visa-8177 | | -466.02 |

***For Authorization Purpose Only***
xxxxxx8177

| Date | Code | Authorized |
|---|---|---|
| 29-APR-19 | 01062C | 374.4 |
| 30-APR-19 | 06404C | 91.82 |

Approve EMV Receipt for VI - 8177: no CVM
IAD:06021203602002   TVR:0080008000  AID:A0000000031010
Application Label:CHASE VISA  TSI:E800  ARC:00
CHIP READ

Continued on the next page

Element New York Times Square West
311 West 39th Street
New York, NY  10018
United States
Tel: 212-643-0770



element
BY WESTIN

JOHN POWERS
1648 FLORIDA AVE NW
WASHINGTON, DC, 20009
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 3 | | Invoice Nbr | : 245933 |
| Guest Number | : | 742200 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 29-APR-19 | 19:38 | | |
| Depart Date | : | 01-MAY-19 | 09:22 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 3709 | | | |
| Marriott Bonvoy Number : | | 5526 | | | |

|  |  |  |
|---|---|---|
| ** Total | 466.02 | -466.02 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.elementhotels.com/reviews

Signature_____

 John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 04/28/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>                Sun, Apr 28, 2019 at 10:52 AM
To: JMPPOWERS@gmail.com

SALES RECEIPT



Purchased: 04/28/2019 7:52 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 064191 Massachusetts Ave NWWashington, DC 200001800-USA-RAILAmtrak.com

Reservation Number - 7F6AF4WASHINGTON, DC - NEW YORK PENN, NY (One-Way)APRIL 23, 2019
Billing Information
JOHN POWERS1648 FLORIDA AVE NWWASHINGTON, DC 20009
MasterCard ending in 0497 (Purchase)Authorization Code 07095Z
Total $246.00
Purchase Summary - Ticket Number 1186419012345
Train 132: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 3:20 PM, Sunday, April 28, 2019
1 ADULT RAIL FARE
$192.00
1 BUSINESS CLASS SEAT
$54.00
Subtotal
$246.00
Total Charged by Amtrak
$246.00
Passengers
John Powers
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station.
  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for
  failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure
  to change your reservation.  If you do not board your train, your entire reservation from that point will
  be canceled.  If you board a different train without notifying us, you will have to pay for it separately;
  the conductor cannot apply the money paid for your prior reservation.  For more information please
  visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets
  may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or
  issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage
  which includes specific terms and conditions and a binding arbitration agreement between Amtrak
  and the ticket holder.  The terms and conditions and arbitration agreement are available
  at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the
  tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or by
  text telephone (TTY) 1-800-523-6590.

 Gmail                                          John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 04/27/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>                    Tue, Apr 23, 2019 at 11:17 AM
To: JMPPOWERS@gmail.com

SALES RECEIPT

 AMTRAK

Purchased: 04/23/2019 8:17 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007251 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 7F6AF4WASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)APRIL 23, 2019
Billing Information
JOHN POWERS1648 FLORIDA AVE NWWASHINGTON, DC 20009
MasterCard ending in 0497 (Purchase)Authorization Code 01596Z
Total $182.00
Purchase Summary - Ticket Number 1130725025849
Train 168: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 3:20 PM, Saturday, April 27,
2019
1 RESERVED COACH SEAT
$96.00
Subtotal
$96.00
Train 137: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 6:25 PM, Wednesday, May 1,
2019
1 RESERVED COACH SEAT
$86.00
Ticket Terms & ConditionsNOT VALID ON OTHER DATES/TRAINSNON-REFUNDABLE, EXCHANGES
PERMITTED FOR OTHER RAIL FARE PURCHASES
Subtotal
$86.00
Total Charged by Amtrak
$182.00
Passengers
John Powers
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station.
  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for
  failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure
  to change your reservation.  If you do not board your train, your entire reservation from that point will
  be canceled.  If you board a different train without notifying us, you will have to pay for it separately;
  the conductor cannot apply the money paid for your prior reservation.  For more information please
  visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets
  may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or

issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 201904231117200893.pdf**
16K



```
THE COUNTER
7 TIMES SQUARE
NEW YORK, NY 10036
Date:         Apr29'19 03:27PM
Card Type:    VISA
Acct #:       XXXXXXXXXXXX8177
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    KIK009272014592
Auth Code:    01466C
Check:        7866
Table:        101/1
Server:       3005 Daniela

Subtotal:          19.05

TIP (Thank You)_____

TOTAL_____


SIGNATURE
AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT!
```

Taqueria Diana - HK

24 9th Ave
New York, NY 10018            Apr 29, 20
(646) 684-4541                9:39 PM

Ticket: #87                   Visa 8177
Authorization 08477C
Receipt 3DRS

CHASE VISA
AID A0 00 00 00 03 10 10

TO GO

Baja Fish Tacos                    $12.
Carnitas Taco                      $4.
ADD Guacamole ($0.75)
Al Pastor Taco                     $4.
ADD Guacamole ($0.75)
Black Beans - Side                 $3.00
Chips & Sm Guac                    $2.00

Total                              $27.0
8.875% Tax Included, $2.00
Visa 8177 (Chip)                   $27.0
John Powers

Venue:      Dechert, LLP
Location:   Lunch  Cafe 11:30A 3:30P
Order:      255  158832360
Date:       04/30/2019 02:23:04PM
Server:     jennydechert
----------------------------------------
1   GRILLED CHICKEN SANDWICH @     5.25
    5.25
----------------------------------------
Subtotal:                          5.25
    Sales Tax:                     0.47
----------------------------------------
Total:                             5.72

Credit Card:                       5.72
Auth #:   07790C
Name:     JOHN POWERS
Card:     VISA  8177

Thank you!

```
        MVM
MTA NYC TRANSIT
R148-TIMES SQ-42 ST
NEW YORK CITY NY

MVM #: 1447(R148  0700)

Wed 01 May 19 16:28

Trans: Sale OK
Payment Mode: Credit
Amount:          $  9.00
Card Value:      $  9.00
New Card Fee:    $  1.00
Total Paid:      $ 10.00

VISA
Card #:
  ***********8177
Auth#: 02744C
Ref #: 058055590473

Serial #:2981804596
Type: 000
FULL FARE

      QUESTIONS?
Call (212) METROCARD
```

```
        MVM
MTA NYC TRANSIT
R612-ATLANTIC AV-BARCLAY
NEW YORK CITY NY

MVM #: 3007(R612  0400)

Mon 29 April 19 14:40

Trans: Sale OK
Payment Mode: Credit
Amount:          $  9.00
Card Value:      $  9.00
New Card Fee:    $  1.00
Total Paid:      $ 10.00

VISA
Card #:
  ***********8177
Auth#: 00037C
Ref #: 047265411196

Serial #:2954285475
Type: 000
FULL FARE

      Questions?
Call (212) METROCARD
```

 Gmail                                    John Powers <jmppowers@gmail.com>

**Trip itinerary and receipt: 03A4-16C8**
1 message

**Upside Travel** <navigators@upside.com>                    Wed, May 15, 2019 at 9:52 AM
To: jmppowers@gmail.com
Cc: receipts@expensify.com



# Trip itinerary and receipt

## Flight to New York, NY

**Friday, May 24**

Your Booking Number:

**03A4-16C8**   View itinerary details

## Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

## Flights

John Powers's Confirmation: **CIZJLV**                    1 round trip ticket

   Fri. 05/24/19
   ✈ American Airlines 4527

   9:39 am              12:00 pm
   ATL                  LGA
   Atlanta              New York
   Operated by REPUBLIC AIRLINES AS AMERICAN EAGLE

   Seat:     13C Contact Airline to change seat
   Class:    Economy

Equipment: E75

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers

jmppowers@gmail.com

5853556194

| Trip Price | $259.30 |
| --- | --- |
| Taxes and Fees | $31.39 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017360859789 (J. Powers)

## Transaction History

| Date | Transaction | Amount |
| --- | --- | --- |
| May 15, 2019 | CC Charge (MasterCard X-497) | $259.30 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.

 **Gmail**                                   John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 05/24/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>          Wed, May 15, 2019 at 9:53 AM
To: JMPPOWERS@gmail.com

SALES RECEIPT

 **AMTRAK**

Purchased: 05/15/2019 6:53 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007311 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 93FD4BNEW YORK PENN, NY - WASHINGTON, DC (One-Way)MAY 15, 2019
Billing Information
JOHN POWERS401 HOLLAND LANEAPT 1626ALEXANDRIA, VA 22314
MasterCard ending in 0497 (Purchase)Authorization Code 00291Z
Total $125.00
Purchase Summary - Ticket Number 1350731018931
Train 55: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 6:45 PM, Friday, May 24, 2019
1 RESERVED COACH SEAT
$125.00
Subtotal
$125.00
Total Charged by Amtrak
$125.00
Passengers
John Powers
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station.
  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for
  failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure
  to change your reservation.  If you do not board your train, your entire reservation from that point will
  be canceled.  If you board a different train without notifying us, you will have to pay for it separately;
  the conductor cannot apply the money paid for your prior reservation.  For more information please
  visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets
  may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or
  issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage
  which includes specific terms and conditions and a binding arbitration agreement between Amtrak
  and the ticket holder.  The terms and conditions and arbitration agreement are available
  at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the
  tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for
  text telephone (TTY) 1-800-523-6590.



 **AMTRAK** eTicket

### PRESENT THIS DOCUMENT FOR BOARDING

RESERVATION NUMBER 93FD4B

 RES# 93FD4B-15MAY19

# NYP ➤ WAS     One-Way

NEW YORK PENN, NY      WASHINGTON, DC      MAY 24, 2019

| TRAIN | VERMONTER | NEW YORK (PENN STATION) - WASHINGTON | DEPARTS | ARRIVES (Fri May 24) |
|---|---|---|---|---|
| **55** | May 24, 2019 | 1 Reserved Coach Seat | 6:45 PM | 10:08 PM |

PASSENGERS (1)                                    AMTRAK GUEST REWARDS

POWERS, JOHN            ADULT            8085427543 | MEMBER

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

IMPORTANT INFORMATION

- Try the FindYourWay app for personalized train and station information at New York Penn Station. Download it on Google Play or the Apple App Store today, or learn more at Amtrak.com/findyourway.
- eTickets for Reserved services are valid only for the specific train number, date and accommodation type booked.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you require ticketing/baggage services or boarding assistance, or if you are boarding at a Canadian station.
- Tickets are non-transferable. They are valid only for the personal use of the passenger(s) named on the ticket.
- For Amtrak travel information, or to make adjustments to your travel plans, please visit Amtrak.com, or call 1-800-USA-RAIL (1-800-872-7245).
- Your printed eTicket travel document shows the services you booked. If you change your booking but do not reprint the document, it will not reflect your current itinerary. You may obtain an updated copy of your eTicket at Amtrak.com. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. For more information please visit Amtrak.com/changes.
- Carry-on baggage is limited to 2 personal items, 14x11x7" / 25lbs per item, and 2 bags, 28x22x14" / 50lbs per bag, per passenger. **You may be charged a baggage fee or denied boarding if your items exceed these limitations.** See the baggage policy at Amtrak.com/baggage.
- Check the departure board or ask a uniformed Amtrak employee to find out where to board your train.
- **If You See Something Say Something!  Contact Amtrak Police at 1-800-331-0008 or Text to APD11 (27311).**

 Gmail                                    John Powers <jmppowers@gmail.com>

**Your ride with jian on May 24**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                Sat, May 25, 2019 at 2:03 PM
To: jmppowers@gmail.com





## Thanks for riding with jian!
May 24, 2019 at 12:35 PM

### Ride Details

| | |
|---|---|
| Shared fare (12.55mi, 41m 52s) | $26.83 |
| Black Car Fund Surcharge | $0.67 |
| Congestion Surcharge | $0.75 |
| New York Sales Tax | $2.58 |


MasterCard *0497                                            **$30.83**





● Pickup      12:35 PM
  Long Island, New York, NY, United States

● Drop-off    1:16 PM
  1083 6th Ave, New York, NY



This and every ride is
carbon neutral

Learn more

Refer a Driver

 Gmail

John Powers <jmppowers@gmail.com>

---

**Trip itinerary and receipt: BE35-DD49**
1 message

---

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Wed, May 15, 2019 at 6:15 PM



# Trip itinerary and receipt

## Flight to Syracuse, NY

Monday, Jun 17

Your Booking Number:

**BE35-DD49**    View itinerary details

## Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

## Flights

John Powers's Confirmation: **GWRRNV**                              1 round trip ticket

Mon. 06/17/19
American Airlines 5504

| 7:35 am | 8:59 am |
| --- | --- |
| DCA | SYR |
| Washington | Syracuse |

Operated by PSA AIRLINES AS AMERICAN EAGLE

Seat:      12D Contact Airline to change seat
Class:     Economy

Equipment:  CRJ

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers

jmppowers@gmail.com

5853556194

**Trip Price**                                                $143.31

Taxes and Fees                                          $22.85

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017360859836 (J. Powers)

## Transaction History

| Date | Transaction | Amount |
|------|-------------|--------|
| May 15, 2019 | CC Charge (MasterCard X-497) | $143.30 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.



**COURTYARD**
BY MARRIOTT

**Courtyard by Marriott®** Binghamton/Vestal
3801 Vestal Parkway E., Vestal Ny 13850 **P** 607.644.1000
**Marriott.com/BGMVS**

| | |
|---|---|
| John/Mr Powers | Room: 324 |
| Business | Room Type: GENR |
| | Number of Guests: 1 |
| | Rate: $158.00    Clerk: ARI |
| Arrive: 17Jun19    Time: 01:55PM    Depart: 18Jun19 | Time: 08:25AM    Folio Number: 61092 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 16May19 | Advance Deposit | | 178.54 |
| 17Jun19 | Room Charge | 158.00 | |
| 17Jun19 | Nys Sales Tax | 12.64 | |
| 17Jun19 | Broome County Occ Tax | 7.90 | |

| | BALANCE: | 0.00 |
|---|---|---|

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.



**BUFFALO MARRIOTT HOTEL**

**GUEST FOLIO**

| 317 | POWERS/J | 124.00 | 06/20/19 | 12:00 | 47527 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| KING | | | 06/18/19 | 10:59 | |
| TYPE | | | ARRIVE | TIME | |
| 108 | | | | | |

ROOM CLERK    ADDRESS    PAYMENT    MBV#:   XXXXX5526

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---------|---------|--------------|
| 05/17 | ADVDP-VS | | 141.05 | |
| | SETTLED TO:    VISA | | | |
| 06/18 | ROOM,    317, 1 | 124.00 | | |
| 06/18 | RM.TX    317, 1 | 10.85 | | |
| 06/18 | OCCTAX    317, 1 | 6.20 | | |
| 06/19 | ROOM,    317, 1 | 124.00 | | |
| 06/19 | RM.TX    317, 1 | 10.85 | | |
| 06/19 | OCCTAX    317, 1 | 6.20 | | |
| 06/20 | VS CARD | | $141.05 | |

TO BE SETTLED TO:   VISA      CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! IF YOU HAVE ANY QUESTIONS
OR CONCERNS REGARDING YOUR STAY PLEASE CONTACT OUR GM,
SCOTT GRANT AT 716-689-6900 OR SGRANT@BUFFALOMARRIOTT.COM

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.



BUFFALO MARRIOTT HOTEL
1340 MILLERSPORT HWY
AMHERST NY  14221

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES

COURTYARD BY MARRIOTT
Binghamton Courtyard
3801 Vestal Parkway E.
Vestal, NY, 13850
(607) 644-1000
B I S T R O eat drink connect
18 Jun'19 8:12 AM

Check:     CHK 3317
Table:     1/1
Server:    42941 Bistro Attendant
Card Type: VISA
Acct Num:  ************8177
Auth Code: 06144C
Customer:  JOHN POWERS

Amount :           $11.34

GRATUITY_____

TOTAL_____

SIGNATURE_____

Thank you for joining us
at COURTYARD by Marriott !


SAIGON BANGKOK RESTAURANT
512 NIAGARA FALLS BLVD
TONAWANDA NY 14223
716-837-2115

Merchant ID: 5132
Term #: 0101                Store #: 4327
                           Ref #: 0071

Sale

XXXXXXXXXXXX0497
MASTERCARD        Entry Method: Chip

Amount:$      21.64
Tip:
Total:

06/19/19              22:09:33
Inv #: 000058    Appr Code: 08025Z
Transaction ID: 0619MCWE8QICU
Apprvd: Online        Batch#: 000365

MASTERCARD
AID: A0000000041010
TSI: E800
TVR: 0000008000

Customer Copy
THANK YOU


Big Bellys Deli
1108 Route 434
Owego, NY 13827
(607) 687-3355
Thank you for your business!!

Date:        06/18/2019 12:41PM
Card Type:   VISA
Acct Num:    ************8177
Exp Date:    **/**
Customer:    POWERS/JOHN
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   03911C
Check:       2081
Server:      10 Page
Ref Number: 916900002945

Amount :           $9.17

TIP: _____

TOTAL: _____

_____
SIGNATURE

I Agree to pay above total
According to my card issuer
agreement period

**** Customer Copy ****



# Guest Check

| TABLE | GUESTS | SERVER | 25850 |



## Delaware North

Queen City Kitchen
716-633-0382

Your selection is being made
fresh to order. Thank you!

Tbl:12                                    Ref:839667
                                          Chk:839683

PrincessE                        6/20/2019 12:58 pm

Caesar salad                                   8.00
Beef On Weck                                  12.50
18 Fiji Small                                  3.50

                    SubTotal                  24.00
                    State Tax                  2.10

                    Total                     26.10

MC ************0497                           26.10

            Amount Paid                       26.10

Tell us about your experience by
visiting DelawareNorthListens.com.



```
              Sake TuMi
     * * * * SakeTuMi* * * *
101 Andy D
Tbl T1/1    Chk 2968              Gst 1
            Jun17'19 06:57PM
            *** Memo Check ***
              Seat:2
1 $AYCE SUSHI
1 AYCE Maki                      19.99
2 AYCE Nigiri                     0.00
1 AYCE $2.75                      0.00
  Subtotal                        2.75
  Tax                            22.74
07:50PM Total                     1.82
              24.56
Thank you for joining us.
Please Come Again.
```

# FIVE GUYS

STORE # VA-0106
Reagan National Airport
Washington, DC 20001
Phone (703) 417-1990

6/17/2019                          6:49:12 AM
Order Id: AAAJRHQYACBY
63 - FIVE GUYS
Employee: Jasmin G

---

## 63

---

| | |
|---|---|
| 1 Bacon, Egg & Cheese Sandwich | $7.39 |
| Bacon | $0.00 |
| 1 Orange Juice | $2.99 |
| Sub Total | $10.38 |
| Sales Tax | $1.04 |
| Order Total | $11.42 |
| Visa | $11.42 |

Card#: ************8177
Authorization: 07349C

--> Order Closed <--

*******************************************
Don't throw away your receipt!!!

Help Five Guys and you could win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
worth $25 each!

No purchase necessary
Sweepstakes ends 12/31/2019.
Must be at least 18 years old and
submit survey within 30 days
of the receipt date to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

*******************************************

 John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 07/29/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>
To: JMPPOWERS@gmail.com

Tue, Jul 16, 2019 at 1:57 PM

SALES RECEIPT



Purchased: 07/16/2019 10:57 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007251 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - CE31DBWASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)JULY 16, 2019
Billing Information
JOHN POWERS401 HOLLAND LANE APT 1626ALEXANDRIA, VA 22314
MasterCard ending in 0497 (Purchase)Authorization Code 01595Z
Total $376.00
Purchase Summary - Ticket Number 1970725551173
Train 178: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 3:55 PM, Monday, July 29, 2019
1 RESERVED COACH SEAT
$188.00
Ticket Terms & ConditionsVALID FOR TRAVEL MON-WED & SAT ONLY.
Subtotal
$188.00
Train 175: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 7:40 PM, Wednesday, July 31,
2019
1 RESERVED COACH SEAT
$188.00
Ticket Terms & ConditionsVALID FOR TRAVEL MON-WED & SAT ONLY.
Subtotal
$188.00
Total Charged by Amtrak
$376.00
Passengers
John Powers
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station.
  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for
  failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure
  to change your reservation.  If you do not board your train, your entire reservation from that point will
  be canceled.  If you board a different train without notifying us, you will have to pay for it separately;
  the conductor cannot apply the money paid for your prior reservation.  For more information please
  visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets
  may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or
  issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage

which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 201907161357210685.pdf**
16K

**Fairfield Inn & Suites New York Manhattan/Times Square**
330 West 40th Street
New York, NY 10018 US
+1 212-967-9494

## Summary of Charges

| Guest Information | JOHN POWERS | | | |
|---|---|---|---|---|
| | 401 HOLLAND LN APT 1626 | Dates of Stay | 07/29/2019 - 08/01/2019 | |
| | ALEXANDRIA, VA 223143481 VA | Room number | 2708 | |
| | | Guest number | 51615 | |
| | | Member Number | ••••••526 | |
| | | Group Number | | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 07/29/2019 | ROOM CHARGE | RB2708 | 195.00 | |
| 07/29/2019 | Occupancy Sales Tax | T12708 | 17.31 | |
| 07/29/2019 | City Tax | T32708 | 11.46 | |
| 07/29/2019 | Convention and Tourism Tax | T52708 | 3.50 | |
| 07/30/2019 | ROOM CHARGE | RB2708 | 244.00 | |
| 07/30/2019 | Occupancy Sales Tax | T12708 | 21.66 | |
| 07/30/2019 | City Tax | T32708 | 14.34 | |
| 07/30/2019 | Convention and Tourism Tax | T52708 | 3.50 | |
| 07/31/2019 | ROOM CHARGE | RB2708 | 205.00 | |
| 07/31/2019 | Occupancy Sales Tax | T12708 | 18.19 | |
| 07/31/2019 | City Tax | T32708 | 12.04 | |
| 07/31/2019 | Convention and Tourism Tax | T52708 | 3.50 | |
| 08/01/2019 | Visa | VI16:30PM | | 749.50 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 212-967-9494

 **Gmail**

John Powers <jmppowers@gmail.com>

---

**Your ride with Shadow on July 30**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Tue, Jul 30, 2019 at 10:05 PM



JULY 30, 2019 AT 9:21 PM

# Thanks for riding with Shadow!



## How was your route?

| Bad | OK | Great |
|-----|-----|-------|

| | | |
|---|---|---|
| Shared fare (7.33mi, 32m 9s) | | $31.86 |
| Tip | | $4.78 |

 MasterCard *0497

**$36.64**

This fare has not yet been billed and will be a part of your next combined charge.
Thanks for choosing to be charged once a day.





- **Pickup** 9:21 PM
  55251 Washington Blvd, Jersey City, NJ

- **Drop-off** 9:53 PM
  356 W 40th St, New York, NY

  

# This and every ride is carbon neutral

### LEARN MORE

## Taqueria Diana - HK

524 9th Ave
New York, NY 10018
(646) 684-4541

Jul 29, 2019
8:25 PM

Ticket: #08
Authorization 05686C
Receipt YwWN

Visa 8177

CHASE VISA
AID A0 00 00 00 03 10 10

FOR HERE

| | |
|---|---|
| Baja Fish Tacos | $12.00 |
| Carnitas Taco | $4.00 |
| Carne Asada Taco | $5.00 |
| Al Pastor Taco | $4.00 |
| Subtotal | $25.00 |
| Tip | $5.00 |
| Total | $30.00 |
| 8.875% Tax Included, $2.04 | |
| Visa 8177 (Chip) | |
| John Powers | $30.00 |



John Powers <jmppowers@gmail.com>

---

## Amtrak: eTicket and Receipt for Your 09/13/2019 Trip - JOHN POWERS - UPDATED

2 messages

---

**etickets@amtrak.com** <etickets@amtrak.com>
To: JMPPOWERS@gmail.com

Fri, Sep 13, 2019 at 4:31 PM

SALES RECEIPT



Purchased: 09/05/2019 8:08 AM PTModified: 09/13/2019 1:31 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007441 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 095910NEW YORK PENN, NY - WASHINGTON, DC (One-Way)SEPTEMBER 5, 2019
Billing Information
JOHN POWERS401 HOLLAND LN APT 1626ALEXANDRIA, VA 22314
MasterCard ending in 0497 (Purchase)Authorization Code 04380Z
Total $127.00
Change Summary - Ticket Number 2560744574071
**Original Amount Paid**
$284.00

---

Travel Amount Used
($96.00)
Subtotal
$188.00

---

Revised Trip DetailsTrain 2171: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 7:04 PM,
Friday, September 13, 2019
1 ACELA BUSINESS CLASS SEAT
$315.00
Ticket Terms & ConditionsACELA SERVICE, NO PARTIAL REFUND IF USED IN OTHER SERVICE
Subtotal
$315.00
Revised Fare
$315.00
Total
$127.00
Passengers
John Powers
Important Information

---

- Try the FindYourWay app for personalized train and station information at New York Penn Station. Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will

be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.

- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 201909131631460925.pdf**
16K

---

**etickets@amtrak.com** <etickets@amtrak.com>
To: JMPPOWERS@gmail.com

Fri, Sep 13, 2019 at 7:01 PM

SALES RECEIPT
**AMTRAK**

Purchased: 09/05/2019 8:08 AM PTModified: 09/13/2019 4:01 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 095910NEW YORK PENN, NY - WASHINGTON, DC (One-Way)SEPTEMBER 5, 2019
Change Summary - Ticket Number 2560655591353
**Original Amount Paid**
$411.00

Travel Amount Used
($96.00)
Subtotal
$315.00

Train 2173: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 8:15 PM, Friday, September 13, 2019
1 ACELA BUSINESS CLASS SEAT
$315.00
Ticket Terms & ConditionsACELA SERVICE, NO PARTIAL REFUND IF USED IN OTHER SERVICE
Subtotal
$315.00
Revised Fare
$315.00
Total Charged
$0.00
[Quoted text hidden]

---


**Powers John 201909131901550379.pdf**
16K

 Gmail                                     John Powers <jmppowers@gmail.com>

---

## Amtrak: eTicket and Receipt for Your 09/10/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>                Thu, Sep 5, 2019 at 11:08 AM
To: JMPPOWERS@gmail.com

SALES RECEIPT



Purchased: 09/05/2019 8:08 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007251 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 095910WASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)SEPTEMBER 5,
2019
Billing Information
JOHN POWERS401 HOLLAND LN APT 1626ALEXANDRIA, VA 22314
MasterCard ending in 0497 (Purchase)Authorization Code 05721Z
Total $284.00
Purchase Summary - Ticket Number 2480725523346
Train 148: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 4:53 PM, Tuesday, September
10, 2019
1 RESERVED COACH SEAT
$96.00
Subtotal
$96.00
Train 193: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 5:28 PM, Friday, September 13,
2019
1 RESERVED COACH SEAT
$188.00
Ticket Terms & ConditionsNER FLEX, TRVL SUN, THUR OR FRI. 1 DAY ADV RES REQUIRED
Subtotal
$188.00
Total Charged by Amtrak
$284.00
Passengers
John Powers
Important Information

---

- Try the FindYourWay app for personalized train and station information at New York Penn Station.
  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for
  failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure
  to change your reservation.  If you do not board your train, your entire reservation from that point will
  be canceled.  If you board a different train without notifying us, you will have to pay for it separately;
  the conductor cannot apply the money paid for your prior reservation.  For more information please
  visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of
  the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets
  may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or

issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 20190905110858050 3.pdf**
16K

### Residence Inn New York Manhattan/Times Square

1033 Avenue of the Americas
New York, NY 10018 US
+1 212-768-0007

## Summary of Charges

| Guest Information | JOHN POWERS | | |
|---|---|---|---|
| | 401 HOLLAND LN APT 1626 | Dates of Stay | 09/10/2019 - 09/13/2019 |
| | ALEXANDRIA, VA 223143481 VA | Room number | 2506 |
| | | Guest number | 62563 |
| | | Member Number | ••••••526 |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 09/10/2019 | Rm Chg STDO T1 Transient | J12506 | 440.00 | |
| 09/10/2019 | State Occupancy Tax | T22506 | 39.05 | |
| 09/10/2019 | Occupancy Sales Tax | T12506 | 25.85 | |
| 09/10/2019 | City Tax | T32506 | 4.00 | |
| 09/10/2019 | Javits Fee | T52506 | 1.50 | |
| 09/11/2019 | Rm Chg STDO T1 Transient | J12506 | 396.00 | |
| 09/11/2019 | State Occupancy Tax | T22506 | 35.15 | |
| 09/11/2019 | Occupancy Sales Tax | T12506 | 23.27 | |
| 09/11/2019 | City Tax | T32506 | 4.00 | |
| 09/11/2019 | Javits Fee | T52506 | 1.50 | |
| 09/12/2019 | Rm Chg STDO T1 Transient | J12506 | 308.00 | |
| 09/12/2019 | State Occupancy Tax | T22506 | 27.34 | |
| 09/12/2019 | Occupancy Sales Tax | T12506 | 18.10 | |
| 09/12/2019 | City Tax | T32506 | 4.00 | |
| 09/12/2019 | Javits Fee | T52506 | 1.50 | |
| 09/13/2019 | Visa | VI09:49AM | | 1,329.26 |
| **Total balance** | | | | 0.00 USD |

Questions about your bill? Please contact your hotel directly at +1 212-768-0007

Page 1 of 2

Residence Inn New York Manhattan/Times Square
1033 Avenue of the Americas
New York, NY 10018 US
+1 212-768-0007

## Summary of Charges

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

```
MTA NYC TRANSIT
R138-34 ST-PENN STA
NEW YORK CITY NY

MVM #: 5026(R138  0403)

Tues 10 Sept 19 20:44

Trans: Sale OK
Amount:        $ 11.00
Card Value:    $ 11.00
New Card Fee:  $  1.00
Total Paid:    $ 12.00

Credit Card
Card #:
 ************0497
Auth#: 03462Z
Ref #: 027727010686

Serial #:3015557091
Type: 000
 FULL FARE

       Questions?
 Call #212) METROCARD
```

.pdf



## JOE & THE JUICE
40 Broad Street
New York City 10004
United States of America

## - COPY COPY COPY -

| | |
|---|---|
| Date | 2019-09-13 12:04:01 |
| Store | 38-4024419 |
| Register | 257.3 |
| Receipt | 2505.3 |
| Organization ID | 38-4024410 |

| | | |
|---|---|---|
| PICK ME UP 16OZ | 1 | 9.60 |
| SERRANO SANDWICH | 1 | 9.60 |

| | |
|---|---|
| Subtotal | USD 17.80 |
| Sales Tax | USD 1.56 |
| Total | USD 19.36 |

| | |
|---|---|
| Adyen | USD 19.36 |

| | |
|---|---|
| Return in cash | - USD 0.06 |

## CAVA Broadway

1385 Broadway
New York, NY 10018
Phone 718-502-9282

9/12/2019                    9:16:15 PM
Order Id: AABFQHWEACYA
#1 - Take Out

```
1 Greens and Grains Bowl        $10.47
  Lamb Meatballs                 $1.75
1 Chips Dip                      $4.50
1 Red Pep Hummus                 $0.00
1 Seasonal Juices + Teas Small   $2.75
1 Greyston Blondie               $1.50

Sub Total                       $20.97

Sales Tax                        $1.86

Order Total                     $22.83

VISA                            $22.83
  Card#: ************8177
  Authorization: 08338C

     --> Order Closed <--

     Download our app.
   Visit us at www.cava.com
   Twitter/Instagram: @CAVA
```

### JOE
### CARDHOLDER COPY

| | |
|---|---|
| Date | 13/09/2019 |
| Time | 12:03:53 |
| Card | ************0497 |
| PAN seq | 01 |
| Prod. name | MASTERCARD |
| Card type | mcsuperpremiumcredit |
| Payment method | mc |
| Payment variant | mcsuperpremiumcredit |
| Entry mode | ICC |
| AID | A0000000041010 |
| MID | 527021002024673 |
| TID | P400Plus-275176453 |
| | 75176453 |
| Auth. code | 02088Z |
| Tender | 5QpR001568390633089 |
| Reference | 384-2572-11d7deb1-3cb3-4930-92 |
| Type | GOODS  SERVICES |
| TOTAL | $ 19.38 |

APPROVED
Please retain for your records
Thank you

POS Session
4524a40da1ba4e7c96a8025ed1343s4c

```
*****************************************
CHECK # 497273        DATE  9/11/19
TABLE # 110           TIME   8:38PM
=========================================


  --      DINING : Rafaela      --

  ITEMS ORDERED             AMOUNT

  1 CALAMARI                 14.00
  1 PORK CHOP                26.00

*****************************************

  SUBTOTAL              40.00
       TAX               2.65


  TOTAL DUE             42.65


          # OF GUESTS          1


      SKINNER'S LOFT

      146 NEWARK AVE.
      JERSEY CITY, NJ
          07302

       201-915-0600
```

```
              MTA NCT ??
        MTA NYC TRANSIT
        R203-WALL ST
        NEW YORK CITY NY

        MEM #: 5379(R203  0702)

        Fri 13 Sept 19 18:39

        Trans: Add Value OK
        Amount:          $  5.50
        Initial Value:   $  0.00
        Value Added:     $  5.50
        Card Value:      $  5.50
        Total Paid:      $  5.50

        MASTERCARD
        Card #:
          ************0497
        Auth#: 05771Z
        Ref #: 025557262335

        Serial #:3015557091
        Type: 000
        FULL FARE

              Questions?
        Call (212) METROCARD
```

**Taqueria Diana - HK**

524 9th Ave                     Sep 10, 2019
New York, NY 10018                    9:44 PM
(646) 684-4541

Ticket: #18              MasterCard 0497
Authorization 03391Z
Receipt Wod3

MASTERCARD
AID A0 00 00 00 04 10 10

| FOR HERE | |
|---|---|
| Baja Fish Tacos | $12.00 |
| Al Pastor Taco | $4.00 |
| Carnitas Taco | $4.00 |
| Carne Asada Taco | $5.00 |
| Subtotal | $25.00 |
| Tip | $5.00 |
| **Total** | **$30.00** |

8.875% Tax Included, $2.04
MasterCard 0497 (Chip)          $30.00
John Powers

```
          WASABI
       Sushi & Bento
       1 Penn Plaza
     New York, NY 10001
     Tel. 212.575.1410
     www.wasabi.us.com

  1020 Frayne A
  ------------------------------------
  Chk 3614      Sep13'19 07:21PM
  ------------------------------------
    Take-out
  1 Rainbow Set $13.73         13.73
  1 Evian 500ML $2.76           2.76
  XXXXXXXXXXXX0497
  Mastercard                   17.95

    Thank You for Choosing
           WASABI
     See You Again Soon!


  Subtotal                     16.49
  Tax                           1.46
  Ttl Payment                 17.95

    Thank You for Choosing
           WASABI
     See You Again Soon!
```

 Gmail                                    John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 10/06/2019 Trip - JOHN POWERS
1 message

**etickets@amtrak.com** <etickets@amtrak.com>                    Fri, Oct 4, 2019 at 5:46 PM
To: JMPPOWERS@gmail.com

SALES RECEIPT


Purchased: 10/04/2019 2:46 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007251 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 25EDC7WASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)OCTOBER 4, 2019
Billing Information
JOHN POWERS401 HOLLAND LN APT 1626ALEXANDRIA, VA 22314
MasterCard ending in 0497 (Purchase)Authorization Code 08972Z
Total $351.00
Purchase Summary - Ticket Number 2770725585729
Train 80: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 5:15 PM, Sunday, October 6, 2019
1 RESERVED COACH SEAT
$192.00
Ticket Terms & ConditionsNER FLEX, TRVL SUN, THUR OR FRI. 1 DAY ADV RES REQUIRED
Subtotal
$192.00
Train 85: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 3:05 PM, Monday, October 7, 2019
1 RESERVED COACH SEAT
$159.00
Subtotal
$159.00
Total Charged by Amtrak
$351.00
Passengers
John Powers
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station. Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage

which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

• Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 201910041746330393.pdf**
16K



**Courtyard by Marriott®**
133 Greenwich St, New York, NY 10006 **P** 212.346.0088
**Marriott.com/NYCXM**

| J. Powers | | | Room: 2404 | |
| | | | Room Type: GENR | |
| | | | Number of Guests: 1 | |
| | | | Rate: $95.00 | Clerk: |
| Arrive: 06Oct19 | Time: 09:28PM | Depart: 07Oct19 | Time: | Folio Number: 91043 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 06Oct19 | Room Charge | 95.00 | |
| 06Oct19 | Occupancy Sales Tax | 5.58 | |
| 06Oct19 | State Occupancy Tax | 4.16 | |
| 06Oct19 | City Tax | 4.28 | |
| 06Oct19 | Convention and Tourism Tax | 1.50 | |
| 06Oct19 | County Tax | 2.00 | |
| 07Oct19 | Visa | | 112.52 |

*Card #: VIXXXXXXXXXXX8177/XXXX*
*Amount:  112.52  Auth: 05312C  Signature on File*
*This card was electronically swiped on 06Oct19*

**BALANCE:    0.00**

**Marriott Bonvoy Account # XXXXX5526.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.



...HOMAS
20 CEDAR ...T
NEW YORK NY 10006
...2-267-3832

ID: ****889        ***3

MASTERCARD - INSERT
AID: A0000000041010        10:16 PM
ACCT #: ************0497

CREDIT SALE
UID: 927919550212        REF #: 9669
BATCH #: 126        AUTH #: 09056Z

AMOUNT

TOTAL        $27.00

APPROVED

ARQC - A1810837CDC47444

CUSTOMER COPY

taurantDiscountWarehouse.com
1-262-6355

696583

rdwich)

135 2

11 —

THANK YOU

FOOD        24.50

BEVERAGE

SUB TOTAL

TAX        2.50

TOTAL        27.00

GUEST RECEIPT        696583

Date        Amount

***AMTRAK***
1-800-USA-RAIL
Or
www.Amtrak.com

REG  10-06-2019 04:51 PM
0166 000024
CT 1

1 Hot Dog        $5.25
1 Water        $2.75
TL        $8.00
Credit Card        $8.00

Thank You for Traveling
AMTRAK
For Next Reservation
Call 1-800-USA-RAIL

MVM RECEIPT

MTA NYC TRANSIT
A047-CITY HALL
NEW YORK CITY NY

MVM #: 0178(A047  0701)
Mon 07 Oct 19 13:42

Trans: Sale OK
Payment Mode: Credit
Amount:        $  3.00

Card Value:        $  3.00
Total Paid:        $  3.00

MASTERCARD
Card #:
***********0497
Auth#: 06979Z
Ref #: 060349318148

Type: 087
SingleRide

Questions?
Call (212) METROCARD

```
            Penn Station
         Shop Number: 73
           1 Penn Plaza
         Zip Code: 10119

8096 M. Mozammal
                                WS#: 8
--------------------------------------
            CHK 137097
         10/7/2019 2:40 PM
--------------------------------------
1 Chicken Parm HW          8.49
1 Posh Fruit Salad         4.99
1 Pret Still Water         1.99
    Bottle Deposit         0.05
  Cash                   $16.89

  Sandwiches             $8.49
  Snacks                 $4.99
  Cold Drinks            $1.99
  Other                  $0.05
  Tax                    $1.37
  Payment                $16.89
Change  Due             $0.00

--------- Check Closed ----------
         10/7/2019 2:40 PM

          Free Wifi
    Wifi Password = hotwrap

    Restroom/Toilet Code:

       www.Pret.com

       TALK TO PRET
We love to hear your feedback (the good
    the bad and the ugly).

     Pret A Manger (USA) Ltd
       Reg. Number 3836164
```

```
        COURTYARD BY MARRIOTT
   MANHATTAN/ WORLD TRADE CENTER
         133 GREENWICH STREET
         NEW YORK, NY, 10006
             212-346-0088
      Thank you, from COURTYARD!
         7 Oct'19 9:10 AM

  Check:      CHK 3695
  Table:      7/9
  Server:     117287 Manny
  Card Type: VISA
  Acct Num:  ************8177
  Auth Code: 01756C
  Customer:  JOHN  POWERS

  Amount:  Parfait        $6.53

  GRATUITY_____

  TOTAL_____

  SIGNATURE_____

      Thank you for joining us
   at Courtyard by Marriott !
```

 Gmail

John Powers <jmppowers@gmail.com>

## Amtrak: eTicket and Receipt for Your 10/12/2019 Trip - JOHN POWERS - UPDATED

1 message

**etickets@amtrak.com** <etickets@amtrak.com>
To: JMPPOWERS@gmail.com

Mon, Aug 26, 2019 at 9:24 AM

SALES RECEIPT

 AMTRAK

Purchased: 07/29/2019 6:06 AM PTModified: 08/26/2019 6:24 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - D9F939WASHINGTON, DC - NEWARK PENN STA, NJ (Round-Trip)JULY 29, 2019
Change Summary - Ticket Number 2380291519282
**Original Amount Paid**
$192.00

Train 140: WASHINGTON, DC - NEWARK (PENN STATION), NJDepart 12:25 PM, Saturday, October 12, 2019
1 RESERVED COACH SEAT
$96.00
Subtotal
$96.00
Train 147: NEWARK (PENN STATION), NJ - WASHINGTON, DCDepart 1:07 PM, Saturday, October 19, 2019
1 RESERVED COACH SEAT
$96.00
Subtotal
$96.00
Revised Fare
$192.00
Total Charged
$0.00
Passengers
John Powers
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage

which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Powers John 201908260924220857.pdf**
16K


BUSINESS TRAVEL

# Receipt

1 Thomas Circle, 8th Floor Washington, DC 20005

| Trip Information | Upside Total | Upside Booking Number |
|---|---|---|
| **Flight to Rochester, NY** | **$283.30** | **5C49-CE21** |
| Flight | Oct 14, 2019 | |
| Traveler: John Michael Powers | MasterCard ****0497 | |
| | *Look for **Upside Travel 5C49-CE21** on your credit card statement* | |

## Purchase Details

### Delta Air Lines flight from New York (JFK) to Rochester (ROC)

| | |
|---|---|
| Base Price | $250.23 |
| (John Powers), Economy | |
| Flight taxes | $33.07 |
| **Total paid** | **$283.30** |

By using Upside, you understand that your trip and personal information are subject to Upside's Terms and Conditions and Privacy Policy

Package base prices may reflect confidential Upside rates. In these cases, the amounts reflected here may be calculated from the proportions of the original retail price minus Upside savings and not the actual rates.

Need to change, cancel or add to your reservation? Download the app, or chat, email us at navigators@upside.com, or call (855) 252-2151

 Gmail

John Powers <jmppowers@gmail.com>

## Itinerary and receipt for your trip to Rochester, NY (Booking number: 5C49-CE21)

2 messages

**Upside Business Travel** <navigators@upside.com>     Mon, Oct 14, 2019 at 9:32 AM
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Details for your trip on Friday, October 18



Trip to Rochester, NY
Friday, Oct 18
Your Upside booking number is 5C49-CE21
Flights
Friday, October 18
Confirmation **H6LLA8**
Traveler: John Powers

| | | |
|---|---|---|
| **4:00 pm** | **5:46 pm** | Seats: Contact Airline to change seat |
| JFK | ROC | Class: Economy |
| New York | Rochester | |

⬥ Delta Air Lines 5051

Total Paid: $283.30 View purchase details

Questions?
Upside has a team of on-call experts available 24/7 to help you immediately.
(855) 252-2151 or navigators@upside.com
**Cancellation Policy and Details**
Once confirmed, airline change penalties and restrictions apply.
Most tickets are non-refundable. See your airline's **full fare rules for additional details.**
Check your airline's **baggage fees and restrictions** before your trip.
Airline tickets are non-transferrable. Name changes or adjustments are not allowed once purchased.
Airfare and flight availability are not guaranteed until purchased.
**Domestic / International Flights**
Domestic: You will be issued electronic tickets. Remember to bring **a valid government-issued photo ID**
with you to check-in.
International: You will be issued electronic tickets. All travelers will need **a valid passport** and you may
also need to show additional documentation at your destination and/or in connecting countries.
Purchaser must be over 21 years of age.
By using Upside, you understand that your trip and personal information are subject to
Upside's Terms and Conditions , Privacy Policy and Cookie Policy
Download the Upside app to get travel alerts, special offers,
and 24x7 support on your upcoming work trip

 

The Upside Travel Company, LLC, 1 Thomas Circle NW, Washington, D.C. 20005



**Fairfield by Marriott® Manhattan/Financial District**
161 Front St, New York, NY 10038 **P** 212.826.0001
**Fairfield.Marriott.com**

| John/Mr Powers | Room: 1805 | |
|---|---|---|
| Leisure | Room Type: KING | |
| | Number of Guests: 1 | |
| | Rate: $203.00 | Clerk: AKK |

| Arrive: 13Oct19 | Time: 01:46PM | Depart: 18Oct19 | Time: 07:31AM | Folio Number: 70155 |
|---|---|---|---|---|

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 13Oct19 | Advance Deposit | | 197.43 |
| 13Oct19 | Room Charge | 169.00 | |
| 13Oct19 | State Occupancy Tax | 15.00 | |
| 13Oct19 | City Tax | 9.93 | |
| 13Oct19 | Occupancy Sales Tax | 2.00 | |
| 13Oct19 | Javitz Convention Tax | 1.50 | |
| 14Oct19 | Room Charge | 212.00 | |
| 14Oct19 | State Occupancy Tax | 18.82 | |
| 14Oct19 | City Tax | 12.46 | |
| 14Oct19 | Occupancy Sales Tax | 2.00 | |
| 14Oct19 | Javitz Convention Tax | 1.50 | |
| 15Oct19 | Room Charge | 356.00 | |
| 15Oct19 | State Occupancy Tax | 31.60 | |
| 15Oct19 | City Tax | 20.92 | |
| 15Oct19 | Occupancy Sales Tax | 2.00 | |
| 15Oct19 | Javitz Convention Tax | 1.50 | |
| 16Oct19 | Room Charge | 356.00 | |
| 16Oct19 | State Occupancy Tax | 31.60 | |
| 16Oct19 | City Tax | 20.92 | |
| 16Oct19 | Occupancy Sales Tax | 2.00 | |
| 16Oct19 | Javitz Convention Tax | 1.50 | |
| 17Oct19 | Room Charge | 229.00 | |
| 17Oct19 | State Occupancy Tax | 20.32 | |
| 17Oct19 | City Tax | 13.45 | |
| 17Oct19 | Occupancy Sales Tax | 2.00 | |
| 17Oct19 | Javitz Convention Tax | 1.50 | |
| 18Oct19 | Visa | | 1337.09 |

*Card #: VIXXXXXXXXXXXX8177/XXXX*
*Amount: 1337.09  Auth: 09204C  Signature on File*
*This card was electronically swiped on 13Oct19*

**BALANCE:**   **0.00**

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

 Gmail

John Powers <jmppowers@gmail.com>

**Your ride with Wilkens on October 18**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

*(to airport)*

Sat, Oct 19, 2019 at 3:06 PM



**OCTOBER 18, 2019 AT 1:26 PM**

# Thanks for riding with Wilkens!



| | |
|---|---|
| Shared fare (26.37mi, 98m 4s) | $48.00 |
| Congestion Surcharge | $0.75 |
| New York Sales Tax | $4.26 |
| Black Car Fund Surcharge | $1.20 |

MasterCard *0497

**$54.21**





- **Pickup** 1:26 PM
  29 Centre St, New York, NY

- **Drop-off** 3:04 PM
  , New York, NY



## Round Up & Donate

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

SUPPORT YOUR CAUSE

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

Dispatching Base: Tri-City (B02510). Affiliated Base: (B02887)
Driver's License Plate: T753954C. FHV License: 5814687.
To submit a complaint to the NYC TLC, please call 311.

Help Center

Receipt #1327637267429062878

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

 Gmail

John Powers <jmppowers@gmail.com>

## Your ride with William on October 12
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Sun, Oct 13, 2019 at 8:40 AM

*(from train station)*



**OCTOBER 12, 2019 AT 3:42 PM**

# Thanks for riding with William!



| | |
|---|---:|
| Shared fare (7.94mi, 26m 46s) | $13.84 |
| NJ Surcharge | $0.25 |
| Tip | $2.00 |

 MasterCard *0497        **$16.09**





● **Pickup** 3:42 PM
   37 Raymond Plz W, Newark, NJ

● **Drop-off** 4:08 PM
   55245 Washington Blvd, Jersey City, NJ



## Round Up & Donate

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

SUPPORT YOUR CAUSE

**TIP DRIVER**

 Gmail

John Powers <jmppowers@gmail.com>

---

**Your ride with Changan on October 16**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                Wed, Oct 16, 2019 at 6:29 PM
To: jmppowers@gmail.com

*(to hotel on rainy day)*



**OCTOBER 16, 2019 AT 6:18 PM**

# Thanks for riding with Changan!



| | |
|---|---|
| Shared fare (1.18mi, 8m 3s) | $11.21 |
| New York Sales Tax | $1.41 |
| Congestion Surcharge | $0.75 |
| Black Car Fund Surcharge | $0.40 |
| Extra Passenger | $4.63 |
| Tip | $2.76 |

MasterCard *0497                                **$21.16**





- **Pickup** 6:18 PM
  44 Centre St, New York, NY

- **Drop-off** 6:26 PM
  26 Fletcher St, New York, NY



# Round Up & Donate

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

SUPPORT YOUR CAUSE

 Gmail

John Powers <jmppowers@gmail.com>

---

**Your ride with Asim on October 13**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Sun, Oct 13, 2019 at 11:48 AM

  (to hotel)

**OCTOBER 13, 2019 AT 10:55 AM**

# Thanks for riding with Asim!



Shared fare (5.58mi, 39m 3s)                          $28.68
Tip                                                   $4.30

  MasterCard *0497                    **$32.98**





● **Pickup**  10:55 AM
   55255 Washington Blvd, Jersey City, NJ

● **Drop-off**  11:34 AM
   124 Front St, New York, NY



## Round Up & Donate

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

SUPPORT YOUR CAUSE

**TIP DRIVER**



Westville Wall Street
110 Wall Street
New York, NY 10005

Server: alexandra L          10/13/19 12:22 PM
Check #96                          Table 1

California Benedict               $15.00
  Add smoked salmon               $3.00
Orange Juice                      $6.00

Subtotal                         $24.00
Tax                               $2.13
**Total**                        $26.13

Thank you!



Malibu Farm
89 South Street
New York, NY 10038

10/14/2019 22:21

Malibu Farm
CHECK: 19680599          GUESTS: 1
SERVER: Deanna
TABLE: 20

            Dine In
  1 HUARACHE              16.00
  1 SPAGHETTI LASAG       22.00
    Subtotal              38.00
        Tax                3.37
       Total              41.37

Gratuity is not included.
Servicio no incluido.
The guide below is provided
for your convenience.

    20% -  7.60
    22% -  8.36
    25% -  9.50



Cobble & Co
19 Fulton St
New York, NY 10038

10/13/2019 21:01

Cobble & Co
CHECK: 23021032          GUESTS: 1
SERVER: Benji
TABLE: 7

            Dine In
  1 LOBSTER ROLL          27.00
  1 Side Salad             5.00
  1 Extra Chicken          5.00
  1 OREO MILKSHAKE         8.00

    Subtotal              45.00
        Tax                3.99
       Total              48.99

Gratuity is not included.
Servicio no incluido.

The guide below is provided
for your convenience.

    20% -  9.00
    22% -  9.90
    25% - 11.25

```
***AMTRAK***
1-800-USA-RAIL
Or
www.Amtrak.com

REG  10-12-2019 12:54 PM
        0140 000010

1 JD Sandwich        $5.00
1 Yogurt             $3.00
1 Hot Dog            $5.25
1 Water              $2.75
  TL             $16.00
  Credit Card        $16.00

Thank You for Traveling
    AMTRAK
For Next Reservation
Call 1-800-USA-RAIL
```

```
MVM RECEIPT

MTA NYC TRANSIT
N098-FULTON ST
NEW YORK CITY NY

MVM #: 1479(N098  0400)

Mon 14 Oct 19 09:21

Trans: Sale OK
Payment Mode: Credit
Amount:         $  9.00
Card Value:     $  9.00
New Card Fee:   $  1.00
Total Paid:     $ 10.00

MASTERCARD
Card #:
  ***********0497
Auth#: 04073Z
Ref #: 074099907292

Serial #:3001486807
Type: 000
  FULL FARE

        Questions?
Call (212) METROCARD
```

```
MVM RECEIPT

MTA NYC TRANSIT
R145-TIMES SQ-42 ST
NEW YORK CITY NY

MVM #: 1408(R145  0700)

Tues 15 Oct 19 20:50

Trans: Sale OK
Payment Mode: Credit
Amount:         $  9.00
Card Value:     $  9.00
New Card Fee:   $  1.00
Total Paid:     $ 10.00

MASTERCARD
Card #:
  ***********0497
Auth#: 00846Z
Ref #: 046480035025

Serial #:3018869084
Type: 000
  FULL FARE

        Questions?
Call (212) METROCARD
```

```
              Fresh Salt
            146 Beekman St
          New York, NY  10038
           ph 212-962-0053


            Guest Check
        Thank You for Visiting
-----------------------------------------
         TABLE: G1 - 1 Guest
         Your Server was Zac
  10/17/2019 10:20:22 PM - ID #: 0215769
ITEM                        QTY  PRICE

Mac & Cheese                 1   $10.00
Pork Sandwich                1   $12.50
-----------------------------------------
          Subtotal               $22.50
          Total Taxes             $2.00
        ---------------------------------
          Grand Total            $24.50
-----------------------------------------
        Prev. Payments          Amount
-----------------------------------------
    credit (8177) (pending)      $24.50
-----------------------------------------
          Total Paid:            $24.50
-----------------------------------------
    15%          20%          25%
   $3.68        $4.90        $6.13
-----------------------------------------
        Please Come Back!
           Guest Check
=========================================
```

```
         Trading Post
         170 John Street
        New York, NY 10038

   103 Main PM
   ----------------------------------
   Chk 1741        107 KM       Gst  0
            Oct16'19 07:08PM
   ----------------------------------
     1 Burrata                  18.00
     1 Gnocchi                  24.00

       Subtotal                 42.00
       Tax                       3.73
   07:51PM Total Due            45.73


   ████ Ask us about our party packages

      Make your reservation online
         @ tradingpostnyc.com
        or call @ 646-370-3337
```

  American Airlines     Plan Travel     Travel Information     AAdvantage     

# Your trip

Check in beginning 24 hours and up to 45 minutes before your flight (90 minutes for international).

| ✕ Cancel trip | ✉ Email trip | 📅 Send to calendar | 🖨 Print trip |
|---|---|---|---|

| | |
|---|---|
| Record locator: **ITFIWJ** | Issued: **Tuesday, March 26, 2019** |
| Trip name: **DCA/ALB** | Status: **Ticket pending** |

## Important information about your Basic Economy fare

**Basic Economy restrictions**



✕ Seats assigned at check-in*

✕ Not eligible for upgrades*

✕ No flight changes or refunds*

✕ Board in last group

*Rules apply to all passengers including AAdvantage elites.

Basic Economy rules ⧉

## Depart Washington, DC to Albany, NY
Monday, April 8, 2019

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| ✈ **5415** American Airlines Operated by PSA Airlines as American Eagle | **11:50 AM** DCA | **1:19 PM** ALB | 1h 29m | CRJ | Basic Economy | _ _ |

Get alerts for this flight

## Return Albany, NY to Washington, DC
Thursday, April 11, 2019

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
| 5156 American Airlines<br>Operated by PSA Airlines as<br>American Eagle | 5:29 AM<br>ALB | 7:09 AM<br>DCA | 1h 40m | CRJ | Basic Economy | _ _ |

Get alerts for this flight

## Cost summary

Your total

# $326.60

Includes all taxes and carrier-imposed fees

**Basic Economy (Non-refundable)**

| | | |
|---|---|---|
| Passenger | $277.21 | Bag and optional fees |
| Taxes | $49.39 | Reservation and tickets FAQs |
| Carrier-imposed fees | $0.00 | Price and Tax Information |
| **Total** (all passengers) | **$326.60** | |

## Passengers

## Ryan Snow

Join the AAdvantage program

Add / edit passenger information

## Day-of-travel information

Add / edit information

## Helpful links

Email trip

Bag and optional fees

Send to calendar

Print trip

Reservation and tickets FAQs



## Receipt for Fairfield Inn by Marriott Albany University Area, Albany

Apr 8, 2019 - Apr 11, 2019          Itinerary # 7422388177376

| Booked Items | Cost Summary |
|---|---|
| **Hotel:** Fairfield Inn by Marriott Albany University Area | **Booked Date:** Mar 26, 2019 |

### Booked Items

**Hotel:** Fairfield Inn by Marriott Albany University Area

1383 Washington Avenue, Albany, NY12206

Check-in: 4/8/2019 | Check-out: 4/11/2019, 1 room| 3 nights

### Traveler Information

**Ryan Snow**

Room 1: Room, 2 Queen Beds

### Cost Summary

**Booked Date:** Mar 26, 2019

| | |
|---|---|
| **Room Price** | **$363.77** |
| 3 nights | $107.10 avg./night |
| Mon, Apr 8 | $98.10 |
| Tue, Apr 9 | $116.10 |
| Wed, Apr 10 | $107.10 |
| Taxes & Fees | $42.47 |

Total: **$363.77**
Collected by Hotwire

Paid: **$363.77**
[MasterCard 7767]
All prices quoted in USD.



# TRIP RECEIPT

Washington, DC to Syracuse, NY
June 17, 2019 – June 22, 2019

| | |
|---|---|
| Booking number: | 0D2C-95A3 |
| Travelers: | Ryan Snow |

| | |
|---|---|
| Purchased on May 15, 2019 | MasterCard x7767 |
| Trip | $757.58 |
| Booking Fee | $0.00 |
| Tax Recovery Charges and Service Fee | $106.29 |
| Trip Total | $863.87 |

**Transaction History**

| Date | Transaction | Amount |
|---|---|---|
| May 15, 2019 | CC Charge | $863.87 |



# TRIP DETAILS

Washington, DC to Syracuse, NY
June 17, 2019 – June 22, 2019

| | |
|---|---|
| Booking number: | 0D2C-95A3 |
| Travelers: | Ryan Snow |

**FLIGHTS**

| | | |
|---|---|---|
| | Mon Jun 17 | DCA  SYR, 7:35 am  8:59 am<br>AA 5504, Economy |
| | Fri Jun 21 | BUF  ORD, 3:12 pm  4:00 pm<br>AA 4009, Economy<br>ORD  DCA, 5:03 pm  8:00 pm<br>AA 2499, Economy |

 **Budget**®

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER:  192620772**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | RYAN SNOW |
| Budget Customer Discount: | LAWYERS COMMITTEE FOR CIVIL RI |
| Method of Payment: | CASH |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 91374006 |
| Vehicle Group Rented: | Intermediate |
| Vehicle Group Charged: | Intermediate |
| Vehicle Description: | SIL NISSAN SENTRA 4 DOOR |
| License Plate Number: | MIEBG3598 |
| Odometer Out: | 11593 |
| Odometer In: | 11936 |
| Total Driven: | 343 |
| Fuel Reading: | Out 8/8| In 8/8 |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | JUN 17,2019@9:22AM |
| Pickup Location: | 1000 COL EILEEN COLLINS BLVD SYRACUSE HANCOCK INTL AIRPORT NORTH SYRACUSE,NY,13212,US 315-455-8287 |

| | |
|---|---|
| Return Date/Time: | JUN 20,2019@12:12PM |
| Return Location: | 4200 GENESEE STREET BUFFALO NIAGARA INTL AIRPORT BUFFALO,NY,14225,US 716-632-6400 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 72.99 / MAX 30 DAY)

| Rate Chart: | | Free Miles: | Time and Mileage: | |
|---|---|---|---|---|
| Miles: | UNLIMITED | | | |
| Hourly: | 54.75 | | Your Discount: | |
| Ad'l day: | 60.80 | | Period      @ 273.72 = | 273.72 |
| Period: | 273.72 | | | |
| | | | **Time and Mileage:** | **209.40** |

## Your Optional Products/Services

**PAE RATE $2/DAYAFTER 3RD DAY

| | |
|---|---|
| **Optional Services Total:** | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 23.26 |
| **Sub-total-Charges:** | 232.66 |
| TAX 20.000% | 46.53 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Refund From T/A | 3.71 |

| | |
|---|---|
| **Your Total Charges paid:** | **279.19** |
| Prepay:Voucher | **(-)282.90** |

| | |
|---|---|
| **Net Charges:** | **USD .00** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Budget.
For all other inquiries, please contact us at 1-800-527-0700. or www.budget.com.

Your vehicle was rented to you by MICHELLE.          Your vehicle was checked in by ALICIA.



The Best Value Under The Sun.™

Days Hotel Buffalo Airport
4345 Genessee Street
Buffalo, Ny 14225
Tel: (716) 631-0800 Fax: (716) 631-7589

06-21-19

| ryan snow | | |
| Alexandria VA 22315 | Folio No. | : 17428 |
| US | A/R Number | : |
| | Group Code | : |
| | Company | : |
| | Wyndham Rewards | : |
| | Invoice No. | : |

| Room No. | : | 221 |
| Arrival | : | 06-20-19 |
| Departure | : | 06-21-19 |
| Conf. No. | : | 82830EC051507 |
| Rate Code | : | LXDV |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-20-19 | Room Charge | 67.00 | |
| 06-20-19 | State Tax | 5.86 | |
| 06-20-19 | Occupancy Tax | 3.35 | |
| 06-21-19 | MasterCard | | 76.21 |
| | XXXXXXXXXXXXX767 | | |
| | **Total** | 76.21 | 76.21 |
| | **Balance** | 0.00 | |

**Guest Signature:**

Please contact the Manager about any issues with your stay. Days Inn or affiliates may contact you about goods and services unless you call 877-212-2733 or write to Wyndham Worldwide Hotels, Inc. 22 Sylvan Way, Parsippany, NJ 07054 to opt out.

View our Days Inn website about privacy.

**Thank you for staying with us.**
It was our pleasure to serve you.



Anchor Bar
Buffalo Niagara International Ai.
16-633-0382

# 801

Ref:413601
Chk:418631

*BobB                                    6/21/2019 1:43 pm

Chicken Hoagie                                    12.00

SubTotal                                          12.00
State Tax                                          1.05

Total                                             13.05

Total Due                                         13.05

Tell    abou your experience by
visiting DelawareNorthListens.com.

IAD: 0110607003220000B72E00000000000000FF
TSI: E800
ARC: 00

Mode: Issuer

Tip_____

Total_____

**CUSTOMER COPY**

Tell us about your experience by
visiting DelawareNorthListens.com.



**JETSET**market

DNC Retail
Cheektowaga, NY 14275
(716) 633-0382

www.delawarenorth.com
Store 41 WS 22 Opr 205.
6/21/2019  11:35:54 AM   #304

NAKED GRN MACHINE SMTHIE 15        4.25 Ta

//

Sub Total                           $4.25
Taxable                              0.37
Total                               $4.62

*************** PURCHASE *            4.62
          APPROVED

Total:                              $4.62

        Card Type:    MASTERCARD
        Card Entry:    CHIP
     Acct #:     ************7767
        Approval Code: 06495Z

************* EMV PURCHASE *************
App Label:                  MASTERCARD
Mode:                          Issuer
        AID: A0000000041010
        TVR: 0000008000
IAD: 011060700322000017C200000000000000FF
        TSI: E800
        ARC: 00

        Approval:   06495
        XXXXXXXXXXXX7767

  Thank you for shopping with us!

  Tell us about your experience by
  visiting DelawareNorthListens.com

Opened electronics, food, beverage, or
any item that was altered after purchase
may not be returned. All other returns
      within 14 days of purchase

00000041000000222019062100000304

    * * * * Customer Copy * * * *

```
          BURRITO BEACH 7                 1!!
    11601 TOUHY AVE H/KAPEX7/22
        CHICAGO, IL 60666
          7734620190

06/21/2019           16:10:20
Terminal ID No.:78230792

Credit Sale:                        ort

Transaction #:           296
Card Type:      MasterCard
Account:************7767
Entry:                  Chip       4:12:24 PM

Amount:
        USD$9.24

Ref. Number:917221601648            $8.29
Auth. Code:        06756Z
Batch Number:          106          $8.29
Response:      APPROVAL 06756Z

Mode:              Issuer           $0.95
AID:         A0000000041010
TVR:            0000008000          $9.24
IAD:
0110607003220000A8CA000000000000
00FF                                $9.24

TSI:                  E800
ARC:                    00
AC:          EAA6991C17F300A0
ATC:                  0195
APPN:          MASTERCARD

  I AGREE TO PAY ABOVE TOTAL        age!!
AMOUNT ACCORDING TO CARD ISSUER     eting
 AGREEMENT (MERCHANT AGREEMENT
      IF CREDIT VOUCHER)


X.............................
      SNOW/RYAN

    MERCHANT COPY
```



Anchor Bar
Buffalo Niagara International Airport
716-633-0382

**892**

Ref:413392
Chk:418430

*Jacob

6/20/2019 1:47 pm

Wings                                             14.50
... w hot

SubTotal                                          14.50
State Tax                                          1.27

Total                                             15.77

MC ***********7767                                15.77

Amount Paid                                       15.77

Tell us about your experience by
visiting DelawareNorthListens.com.

TSI: E800
ARC: 00

Mode: Issuer

Tip_____3.00_____

Total_____18.77_____

CUSTOMER COPY

Tell us about your experience by
visiting DelawareNorthListens.com.





## The Dalai Java

157 South Main St.                  Jun 18, 2019
Canandaigua, NY 14424                   3:34 PM
(585) 394-2065
www.TheDalaiJava.com

---

Authorization 02146Z          MasterCard 7767
Receipt wcOE

MASTERCARD
AID A0 00 00 00 04 10 10

---

Cold Brew                               $4.50
Large 24, None

---

Subtotal                                $4.50
Sales Tax                               $0.34
Tip                                     $0.97

---

Total                                   $5.81
MasterCard 7767 (Chip)                  $5.81
Ryan Snow



### EATERY

1595 Niagara Falls Blvd
Amherst, NY  14226
Restaurant Phone# (716) 276-0071

## EAT IN

6/19/2019          Reg 1          1:49:46 PM
   Order 198061      Cashier  : Carrie

| | |
|---|---|
| BYO Grain Bowl | 6.95 |
| 1 Add Local Feta | 1.25 |
| 1 Add S&P Ckn | 2.95 |
| 1 Add S&P Ckn | 2.95 |
| 1 Add Avocado | 1.25 |
| 1 Add Rstd Pepper Blend | 1.25 |
| SubTotal | 16.60 |
| Tax | 1.45 |
| Total | 18.05 |
| MasterCard | 18.05 |

x Customer Signature

Your order number is : 161

SAKE TUMI
71 COURT St
BINGHAMTON, NY 13901
607 296 1771

Bank ID: 0100
Merchant ID: 000013777151
Term ID: 001

## Sale

Gst 1

XXXXXXXXXXXX7767
MASTERCARD    Entry Method: Chip

Amount:        $        25.91
Tip:                    5.00
Total:                 30.91

19.99
0.00
0.00
1.25
2.75
23.99
1.92
5.91

06/17/19              19:12:08
Inv #: 000022  Appr Code: 042672
Apprvd: Online   Batch#: 000190
Retrieval Ref #: 00000022

MASTERCARD
AID: A0000000041010
TSI: 6800
TVR: 0000008000

Customer Copy

THANK YOU
PLEASE COME AGAIN

# Big Bellys Deli
1108 Route 434
Owego, NY 13827
(607) 687-3355
Thank you for your business!!

```
Date:        06/18/2019 12:42PM
Card Type:   MASTERCARD
Acct Num:    ************7767
Exp Date:    **/**
Customer:    SNOW/RYAN
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   07662Z
Check:       2082
Server:      10 Page
Ref Number:  916900002946
```

**Amount :**                $7.55

TIP: _____  1.00

TOTAL: _____  8.55

_____
SIGNATURE

I Agree to pay above total
According to my card issuer
agreement period

**** Customer Copy ****

**TO & FRO**
**OUR STORE**
****************
To and Fro
4641 Maple rd.
Amherst NY 14226

| Description | Qty | Amount |
|-------------|-----|--------|
| UNLEADED CR #04 | 9.035G | 26.64 |
| SELF @ 2.949/ G | | |

Subtotal          26.64
Tax           0.00
**TOTAL      26.64**
CREDIT  $    26.64

MASTERCARD
************7767
Entry Method: Swiped
Auth #: 06704Z
Resp Code:
Stan: 0756546768
Invoice #: 536815
Store # ****************

**THANK YOU !!**
ST# AB123  TILL XXXX DR# 0 TRAN# 9046801
CSH: 0                06/18/19 22:44:30



**Fairfield by Marriott® Manhattan/Financial District**
161 Front St, New York, NY 10038 **P** 212.826.0001
**Fairfield.Marriott.com**

| | |
|---|---|
| Ryan Snow | Room: 808 |
| 2010 Lewis Mountain Rd | Room Type: KING |
| Charlottesville VA 22903 | Number of Guests: 1 |
| Business | Rate: $246.00    Clerk: AKK |

| | | | | |
|---|---|---|---|---|
| Arrive: 14Oct19 | Time: 08:46PM | Depart: 18Oct19 | Time: 09:28AM | Folio Number: 76100 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 14Oct19 | Room Charge | 195.00 | |
| 14Oct19 | State Occupancy Tax | 17.31 | |
| 14Oct19 | City Tax | 11.46 | |
| 14Oct19 | Occupancy Sales Tax | 2.00 | |
| 14Oct19 | Javitz Convention Tax | 1.50 | |
| 15Oct19 | Room Charge | 339.00 | |
| 15Oct19 | State Occupancy Tax | 30.09 | |
| 15Oct19 | City Tax | 19.92 | |
| 15Oct19 | Occupancy Sales Tax | 2.00 | |
| 15Oct19 | Javitz Convention Tax | 1.50 | |
| 16Oct19 | Room Charge | 390.00 | |
| 16Oct19 | State Occupancy Tax | 34.61 | |
| 16Oct19 | City Tax | 22.91 | |
| 16Oct19 | Occupancy Sales Tax | 2.00 | |
| 16Oct19 | Javitz Convention Tax | 1.50 | |
| 17Oct19 | Room Charge | 246.00 | |
| 17Oct19 | State Occupancy Tax | 21.83 | |
| 17Oct19 | City Tax | 14.45 | |
| 17Oct19 | Occupancy Sales Tax | 2.00 | |
| 17Oct19 | Javitz Convention Tax | 1.50 | |
| 18Oct19 | Master Card | | 1356.58 |

*Card #: MCXXXXXXXXXXXX7767/XXXX*
*Amount:  1356.58  Auth: 08620Z  Signature on File*
*This card was electronically swiped on 14Oct19*

| | |
|---|---|
| **BALANCE:** | **0.00** |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

# yotel

Ryan Snow

United States

INFORMATION INVOICE
Membership No.       :
A/R Number           :
Group Code           :
Company Name      :   Hotwire Opaque

| | | |
|---|---|---|
| Room No. | : | 2319 |
| Arrival | : | 10-13-19 |
| Departure | : | 10-14-19 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |
| Conf. No. | : | 3482144 |
| Cashier No. | : | |
| User ID | : | KGUZMAN |

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-13-19 | Facility Fee HW | 35.00 | |
| 10-13-19 | NYS Sale 8.875% Tax $35 Fee | 3.10 | |
| 10-13-19 | NYC Occ 5.875% Tax $35 Fee | 2.06 | |
| 10-14-19 | Mastercard | | 40.16 |
| | XXXXXXXXXXXX7767   XX/XX | | |
| | **Total** | **40.16** | **40.16** |
| | **Balance** | **0.00** | |

YOTEL New York
570 Tenth Avenue, New York,NY 10036
(Main) 646-449-7700 (Fax) 646-449-7701
Web - www.yotel.com



Malibu Farm
89 South Street
New York, NY 10038

10/14/2019 21:09

Malibu Farm
CHECK: 19701313          GUESTS: 1
SERVER: Deanna
TABLE: 20

Dine In
1 APPLE SALAD           16.00
1 ROASTED COD           23.00
    Subtotal            39.00
    Tax                  3.46
    Total               42.46

Gratuity is not included.
Servicio no incluido.

The guide below is provided
for your convenience.
    20% -  7.80
    22% -  8.58
    25% -  9.75

---

10/14/19   SALES DRAFT    22:23
Malibu Farm

TABLE:    20
CHECK:    19701313
CASHIER:  Deanna
TERMINAL: 1968
RRN:

          Master Card
NAME:     SNOW/RYAN
NUMBER:   XXXXXXXXXXXX7767
EXPIRE:   XX/XX
AUTH:     00447Z
AMOUNT:   42.46

MASTERCARD

ENTRY MODE: Chip
CVM: Signature

Auth Mode: Issuer
AID: A0000000041010
TVR: 0000008000
IAD: 0110607003220000D7B000000000000000
FF
TSI: E800
ARC: 00

TOTAL:    42.46

GRATUITY:          7.00

TOTAL:            49.46

I agree to pay above total
amount according to my card
issuer agreement.

X
  SIGNATURE

FRAME
552 7TH AVE
NEW YORK, NY 10018
(212) 719-0111

Bank ID: 6011
Merchant ID: 0434
Term ID: 007

## Sale

XXXXXXXXXXXX7767
MASTERCARD          Entry Method: Chip

Total: $          40.74

10/15/19                    21:36:54
Inv #: 000121          Appr Code: 036172
Apprvd: Online         Batch#: 288003

Retrieval Ref #: 541s5072

MASTERCARD
AID: A0000000041010
TSI: E800
TVR: 0000048000

Customer Copy

---

FRAME
552 7TH AVE
NEW YORK, NY 10018
DATE        10/15/2019        TUE
6 X         @ 3.99
TAX T1                       $23.94
2 X         @ 4.99
TAX T1                        $9.98
TAX T1                        $3.50
TAXI AMT                      $3.32
TOTAL                       $40.74
CASH                        $40.74
* ORDER# 0148 *
NO.824348 REG01 1 EMPLOYEE    TIME 21:50

---

101175

DATE _____

TIME CALL. _____

TIME REQ. _____

CONTACT _____

FLOOR _____

EXT. _____

| ITEM | AMOUNT |
|------|--------|
| 4) Cookline X2 = 399 x2 | |
| 2) think X2 = 399 x2 | |
| 3) Rx Bar X2 = 399 x2 | |
| 4) Sggrs X1 = 350 x1 | |
| 5) Health-ADc = 499 x1 | |
| 6) GREEN X1 = 499 x1 | |
| Tax 3.32 | |
| X | |
| 40 .74 | |

| | CHARGE | | SUB TOTAL |
|---|---|---|---|
| ☐ AMEX | ☐ MC | ☐ VISA | TAX |
| | THANK YOU | | TOTAL |

```
         MVM RECEIPT

MTA NYC TRANSIT
R111-WALL ST
NEW YORK CITY NY

MVM #: 0252(R111  0700)

Tues 15 Oct 19 17:35

Trans: Sale OK
Payment Mode: Credit
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00

MASTERCARD
Card #:
  ***********7767
Auth#: 05585Z
Ref #: 050420023317

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```

```
         MVM RECEIPT

MTA NYC TRANSIT
R145-TIMES SQ-42 ST
NEW YORK CITY NY

MVM #: 1408(R145  0700)

Tues 15 Oct 19 21:59

Trans: Sale OK
Payment Mode: Cash
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00
Change Due:      $  2.00

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```

```
         MVM RECEIPT

MTA NYC TRANSIT
R168A-96 ST
NEW YORK CITY NY

MVM #: 1111(R168A 0701)

Wed 16 Oct 19 21:57

Trans: Sale OK
Payment Mode: Cash
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00
Change Due:      $  2.00

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```

```
         MVM RECEIPT

MTA NYC TRANSIT
R168A-96 ST
NEW YORK CITY NY

MVM #: 1111(R168A 0701)

Thurs 17 Oct 19 23:15

Trans: Sale OK
Payment Mode: Credit
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00

MASTERCARD
Card #:
  ***********7767
Auth#: 06333Z
Ref #: 056630216540

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```

```
         MVM RECEIPT

MTA NYC TRANSIT
R169-96 ST
NEW YORK CITY NY

MVM #: 0642(R169  0400)

Fri 18 Oct 19 16:29

Trans: Sale OK
Payment Mode: Cash
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00
Change Due:      $  0.00

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```

```
         MVM RECEIPT

MTA NYC TRANSIT
R127-14 ST
NEW YORK CITY NY

MVM #: 0376(R127  0701)

Fri 18 Oct 19 20:30

Trans: Sale OK
Payment Mode: Credit
Amount:          $  3.00

Card Value:      $  3.00
Total Paid:      $  3.00

MASTERCARD
Card #:
  ***********7767
Auth#: 01382Z
Ref #: 044750293043

Type: 087
  SingleRide

        Questions?
Call (212) METROCARD
```



 eTicket

**PRESENT THIS DOCUMENT FOR BOARDING**

RESERVATION NUMBER 1E900D

RES# 1E900D-27SEP19 

# WAS ► NYP Round-Trip

WASHINGTON, DC          NEW YORK PENN, NY          OCTOBER 12, 2019

### Depart

| TRAIN **156** | NORTHEAST REGIONAL Oct 12, 2019 | WASHINGTON - NEW YORK (PENN STATION) 1 Reserved Coach Seat | DEPARTS 2:20 PM | ARRIVES (Sat Oct 12) 5:46 PM |
|---|---|---|---|---|

### Return

| TRAIN **147** | NORTHEAST REGIONAL Oct 19, 2019 | NEW YORK (PENN STATION) - WASHINGTON 1 Reserved Coach Seat | DEPARTS 12:50 PM | ARRIVES (Sat Oct 19) 4:17 PM |
|---|---|---|---|---|

| PASSENGERS (1) | | AMTRAK GUEST REWARDS |
|---|---|---|
| SNOW, RYAN | ADULT | 8469034329 | MEMBER |

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

IMPORTANT INFORMATION

- NOT VALID ON OTHER DATES/TRAINS
- NON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES

- For passenger safety the boarding gate at Washington Union Station will close two minutes prior to train departure time.
- Try the FindYourWay app for personalized train and station information at New York Penn Station. Download it on Google Play or the Apple App Store today, or learn more at Amtrak.com/findyourway.
- eTickets for Reserved services are valid only for the specific train number, date and accommodation type booked.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you require ticketing/baggage services or boarding assistance, or if you are boarding at a Canadian station.
- Tickets are non-transferable. They are valid only for the personal use of the passenger(s) named on the ticket.
- For Amtrak travel information, or to make adjustments to your travel plans, please visit Amtrak.com, or call 1-800-USA-RAIL (1-800-872-7245).
- Your printed eTicket travel document shows the services you booked. If you change your booking but do not reprint the document, it will not reflect your current itinerary. You may obtain an updated copy of your eTicket at Amtrak.com. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. For more information please visit Amtrak.com/changes.
- Carry-on baggage is limited to 2 personal items, 14x11x7" / 25lbs per item, and 2 bags, 28x22x14" / 50lbs per bag, per passenger. **You may be charged a baggage fee or denied boarding if your items exceed these limitations.** See the baggage policy at Amtrak.com/baggage.
- Check the departure board or ask a uniformed Amtrak employee to find out where to board your train.
- **If You See Something Say Something!  Contact Amtrak Police at 1-800-331-0008 or Text to APD11 (27311).**