# EXHIBIT 1

# 2020-01-30 Common Cause v NY State Report by person

Date Range: 1/1/2018 - 1/30/2020

| Person | Matter | Date | Activity | Comment | Hours |
|---|---|---|---|---|---|
| Jackson Chin | | | | | |
| | CommCauseState - CommCauseState  CommCauseState | | | | |
| | | 11/16/2018 | Discovery | declarations | 1.30 |
| | | 11/19/2018 | Telephone Call | Plts co counsel strategy call; discussing discovery activity and amending complaint | 0.70 |
| | | 11/20/2018 | Telephone Call | cocounsel call with CC Susan Lerner | 1.00 |
| | | 11/30/2018 | Discovery | review draft Plts ROGs, RFD; draft amended complt; reply to Neil | 1.20 |
| | | 12/4/2018 | Email Exchange | find time for Esq to discuss discovery response | 0.10 |
| | | 12/10/2018 | Telephone Call | co-counsel review of discovery, response to Def rogs, etc, possible experts | 0.80 |
| | | 2/14/2019 | Telephone Call | Group counsel with Susan Lerner/CC on planning for discovery | 1.00 |
| | | 2/19/2019 | Telephone Call | co-counsel discussion on discovery, doc production from Def. 45min | 0.80 |
| | | 2/27/2019 | Document Review | rev email and Q&As of proposed experts | 0.30 |
| | | 2/28/2019 | Document Review | Dechert staff / IT setup to access Relativity | 0.30 |
| | | 3/7/2019 | Discovery | Neil email on getting deposition dates. | 0.10 |
| | | 3/8/2019 | Document Review | BoE ROG response chart | 0.20 |
| | | 3/8/2019 | Discovery | rev John Powers email discussion on possible depositions of Def Ws, dates, logistics | 0.40 |
| | | 3/14/2019 | Meetings | talk with LCCRUL co-counsel John Powers on my limited role in depositions, discovery doc review, as non-lead counsel | 0.80 |
| | | 3/21/2019 | Email Exchange | suggest added words / search terms to Dechert Thayruni for use in early discovery records software searches | 0.30 |
| | | 3/25/2019 | Conference Call | discovery review with co-counsel | 0.50 |
| | | 4/1/2019 | Conference Call | last 10 minutes of discussion on discovery experts, possible deposition dates and lists | 0.20 |
| | | 4/4/2019 | Conference Call | discussion | 0.40 |
| | | 4/4/2019 | Conference Call | setting up conf call with Susan Lerner, etc | 0.50 |
| | | 4/5/2019 | Document Review | deposition notices, subpoenas, new Albany office locations on depositions | 0.30 |
| | | 4/5/2019 | Email Exchange | decision not to attend Albany-based depositions, notify cocounsel, JP | 0.30 |
| | | 4/15/2019 | Document Review | review co-counsel John Power tactical info and notes on his depos of Valentine and | 0.80 |
| | | 4/16/2019 | Telephone Call | co-counsel discuss draft report by expert Mark Meredith; what to review with him, making depo trscrps available to him | 0.90 |
| | | 4/17/2019 | Document Review | download and scan depo transcripts rec'd from co-counsel | 0.80 |

| Date | Activity | Description | Hours |
|------|----------|-------------|-------|
| 4/19/2019 | Email Exchange | review co-counsel and Def counsel echanges | 0.40 |
| 4/22/2019 | Email Exchange | co-counsel exchange qs and comments on pre-deposition | 0.40 |
| 4/23/2019 | Email Exchange | review co-counsel comments on yesterday's deponent, possible docs, valuable admission; need to confirm Susan Lerner depo prep dates; Dechert's notices of depo dates and location; John and Neil exchange on draft request to Def counsel vis how best to address list of plts witnesses and Def still missing docs | 0.80 |
| 4/23/2019 | Email Exchange | Comment to co-counsel on proposed depo stenographer errata sheets | 0.10 |
| 4/24/2019 | Document Review | emails re cocounsel discovery qs | 0.30 |
| 4/29/2019 | Document Review | review draft expert report by Meredith | 1.00 |
| 5/1/2019 | Meetings | post-depo talk meeting with cocounsel on other prep | 1.30 |
| 5/1/2019 | Deposition | attend Dechert office, NYSBoE depo of Susan Lerner | 4.00 |
| 5/7/2019 | Conference Call | cocounsel talk about depositions taken, and others in Albany; strategy call | 0.70 |
| 5/7/2019 | Meetings | post-depo chat with co-counsel, possible harmed voters/ witnesses for Plts; potential discovery delays | 1.00 |
| 5/7/2019 | Deposition | Bd of Elections depo taking of Common Cause Sara Goff | 2.40 |
| 5/22/2019 | Conference Call | Cocounsel JP et al meeting | 0.80 |
| 5/22/2019 | Document Review | Review and add edit/comment on expert Marc Meredith expert study ( draft 3) | 1.90 |
| 5/24/2019 | Conference Call | co-counsel J Powers, Morgan (Dechert) and I review draft expert report with Marc Meredith; qs on his methods | 2.20 |
| 5/30/2019 | Conference Call | Counsel parties call to Court clerk on setting up date with Judge Nathan | 0.30 |
| 5/31/2019 | Document Review | Rev internal counsel emails on Def doc production etc | 2.40 |
| 6/17/2019 | Telephone Call | Plt cocounsel meeting on Def initial disclosures, Extension for depos, and subpenas | 0.40 |
| 6/28/2019 | Document Review | Plts co-counsel emails with Def | 0.30 |
| 7/3/2019 | Email Exchange | Tharunyi says date set for depo of expert Meredith | 0.10 |
| 7/8/2019 | Document Review | rev Neil 6/27 email to BOE Esq re: Plts intention to file letter motion, disputes in discovery, e.g., lateness supplying avail for 33 fact witnesses, need depo date for M Ryan, non-respons on Plts subpoenas | 0.40 |
| 7/11/2019 | Document Review | Per Tharunyi, prepare ex-parte acknowledgment counsel's notice to submit to SDNY before set 6/25 settlement conf | 0.20 |
| 7/11/2019 | Email Exchange | co-counsel on avail to discuss draft settlemnt letter due 7/18 | 0.30 |
| 7/15/2019 | Telephone Call | Discovery conference with SDNY Magistrate S Netburn - cancel | 0.20 |
| 7/15/2019 | Telephone Call | Co-counsel meeting with NY AG office on info redaction requests | 0.50 |
| 7/16/2019 | Telephone Call | meeting on Brehm emails re settlement conference, e.g., old JP emails | 0.50 |

| Date | Type | Description | Hours |
|---|---|---|---|
| 7/17/2019 | Telephone Call | Plts counsel meeting on settlement discussion with Def counsel | 0.80 |
| 7/18/2019 | Email Exchange | various emails on comments to draft letter to court, and, discussion of State BoE's strict position that inactives must vote by affidavit ballot | 0.20 |
| 7/18/2019 | Document Review | Plts counsel ex-parte pre-settlement conference letter to Court | 0.20 |
| 7/19/2019 | Document Review | ECF Magis Netburn orders parties' status report, protective order OK for AG unredacted production | 0.20 |
| 7/22/2019 | Telephone Call | Meet and confer with Def Bd od Elections | 0.50 |
| 7/25/2019 | Telephone Call | Plts' counsel discuss how inactive voters can cast regular ballot in settlement terms with SBoE Esq., for Def further consideration next week | 0.80 |
| 7/29/2019 | Email Exchange | Plts counsel propose a set of specific search terms to Def Esq for emails sent by 4 Def BoE staff persons, from Jan 1 2014 to date | 0.20 |
| 7/29/2019 | Email Exchange | discussion on collecting search terms to pursue targeted requested discovery of SBoE files and emails | 0.30 |
| 8/1/2019 | Telephone Call | Parties' Counsel Call in to Magistrate Netburn / Chambers re settlement conference status | 1.00 |
| 8/7/2019 | Telephone Call | Conf call with A+P on intervention issues | 0.60 |
| 8/9/2019 | Telephone Call | Phone call with Niagara County resident farm worker | 0.70 |
| 8/13/2019 | Document Review | Def McGann sends to Plts Esq his scans of Lerner and Goff depo exhibits -docs; review | 0.40 |
| 9/10/2019 | Document Review | ECF re discovery dispute over BoE production of docs | 0.20 |
| 9/23/2019 | Email Exchange | Confirming I will attend 10/7 pretrial meeting with SDNY, and to list me as trial counsel, vis Hillary B - Dechert; Rec'd Plts' Affirmative Designations excel chart, depo transcripts for Homan, Novullo and D Roberts | 0.40 |
| 9/24/2019 | Document Review | clean draft of Plts proposed findings of facts and laws, J Powers | 0.70 |
| 9/24/2019 | Document Review | brief review depo transcript of NYC BoE Ryan; team emails on possible counters- and objections to depos facts, etc | 0.50 |
| 9/24/2019 | Document Review | Review of draft Joint pretrial report | 0.60 |
| 9/25/2019 | Email Exchange | discussions on exhibits filings, circulation of draft Lerner declaration | 0.30 |
| 9/26/2019 | Document Review | ECF- Jt Letter to Judge Nathan on parties' exhibits | 0.10 |
| 10/3/2019 | Meetings | Parties' counsel confer on pre-trial conference, outstanding issues | 0.80 |
| 10/4/2019 | Email Exchange | send parties' motion to strike, reply brief to intern Lysette in prep for Monday SDNY hearing | 0.30 |
| 10/4/2019 | Meetings | prep for SDNY Judge Nathan's pre-trial hearing | 1.00 |
| 10/7/2019 | Email Exchange | tasks, steps to F/U take on how meet court's pretrial deadlines | 0.40 |
| 10/7/2019 | Meetings | post-hearing co-counsel meeting to comply with SDNY instructions due in 2 days, logistical | 0.40 |

| Date | Type | Description | Hours |
|---|---|---|---|
| 10/7/2019 | Court | SDNY pretrial meeting, judge Nathan reviews her practice and procedures, time allocation for each side, instructs parties to coordinate witness order, try to resolve evid objections before trial | 1.30 |
| 10/8/2019 | Email Exchange | discussion on trial order of witnesses, depo witnesses' pp designations, other | 0.50 |
| 10/8/2019 | Meetings | talk about Monroe County - GLL in state court w FF | 1.00 |
| 10/9/2019 | Email Exchange | re parties counsel negotiations per pretrial agreements, for reporting to judge | 0.40 |
| 10/14/2019 | Telephone Call | Confirm SDNY courthouse meeting with Dechert Tiffany re laptops, pre-trial hardware | 0.30 |
| 10/15/2019 | Court Preparation | meet 8 AM Dechert Tiffany Lewis and external video display consultant for courtroom setup, laptop equipment, logistical security | 0.50 |
| 10/15/2019 | Trial | SDNY Rm 906 Day 1  8:45am to 4:15pm | 6.00 |
| 10/16/2019 | Trial | Day 2  8:45am to 5 | 6.00 |
| 10/18/2019 | Trial | Day 4 - Closing  Arguments 9:30 am to 1pm | 4.00 |
| 10/25/2019 | Email Exchange | Plt and Def counsel emails re joint submission of trial exhibits to SDNY; data on USB | 0.30 |
| 10/30/2019 | Document Review | various ECF notices on court transcripts, proceedings, etc filed by court reporter | 0.20 |
| 10/31/2019 | Document Review | Plts letter req SDNY to grant extension of time to file post-trial briefs | 0.10 |
| 11/1/2019 | Editing | review and propose reducing 20 pp on all states' laws to new sections in 3 pp chart document, comply with brief's max page limits | 0.40 |
| 11/1/2019 | Document Review | Skim Neil's draft post-trial brief on proposed findings of facts and law | 0.40 |
| 11/3/2019 | Document Review | co-counsel remarks on final revised memo of law, appendices | 0.10 |
| 11/4/2019 | Document Review | review Plts final post-trial brief to be filed | 0.60 |
| 11/4/2019 | Editing | review final memo of law, need to add Appendix, sort key states, into footnote | 0.20 |
| 1/13/2020 | Document Review | review SDNY decision, judgment | 1.20 |
| 1/23/2020 | Telephone Call | co-counsel meeting on SDNY decision problems, confer with client Susan Lerner/ Common Cause on whether to appeal, pros -risks, next steps; atty fees petition - fee rates | 0.50 |
| 1/29/2020 | Telephone Call | co-counsel discuss attorney fees petition, rates, collecting declarations | 0.40 |

|  | CommCauseState - CommCauseState  CommCauseState Total: | 72.90 |
|---|---|---|
|  | **Jackson Chin Total:** | **72.90** |

# Case and Matter Summary with Comments



Date Range: 9/15/2014 - 12/21/2017

| Case | Matter | Date | Person | Comment | Hours |
|------|--------|------|--------|---------|-------|
| Common Cause v. State BOE | | | | | |
| | CommCauseState - CommCauseState  CommCauseState | | | | |
| | | 8/7/2017 | Joanna Cuevas | Accepted Outlook Calendar invite from J. Powers (LCCRUL) re: Accepted: New York NVRA discussion | 0.10 |
| | | 8/8/2017 | Joanna Cuevas | Followup email exchanges with J. Perez, J. Powers, E. Rosenberg (LCCRUL), N. Steiner (Dechert) re: Re: Tuesday call | 0.40 |
| | | 8/8/2017 | Joanna Cuevas | Rapid research on DOJ CRD VRS website for NYS NVRA Consent Decrees/Cases. | 0.10 |
| | | 8/8/2017 | Joanna Cuevas | Participated in case strategy conf call with Dechert, LCCRUL and LJP Caseteams with J. Powers, E. Rosenberg (LCCRUL) re: state NVRA case. etc. | 0.70 |
| | | 8/9/2017 | Joanna Cuevas | Reviewed followup email exchanges with J. Perez, J. Powers, E. Rosenberg (LCCRUL), N. Steiner (Dechert) re: Tuesday call | 0.20 |
| | | 8/9/2017 | Joanna Cuevas | Followup email exchanges with J. Garcia, J. Perez, and J. Powers (LCCRUL) re: RE: NY NVRA matter - press release LJP Quote | 0.30 |
| | | 8/9/2017 | Joanna Cuevas | Brief call to J. Powers (LCCRUL) re: complaint PR. | 0.10 |
| | | 8/15/2017 | Joanna Cuevas | Followup email exchanges with S. DeLong (LJP Legal Fellow) with attachments re: Sample Affidavit, Intake, & Excel Sheet for Followup LJP Cada Voto Cuenta Intake/ CC NYS Followup Calls; reviewed and corrected her translation of brief intake script; reviewed deadline for calls, outreach, etc. | 0.40 |
| | | 8/15/2017 | Joanna Cuevas | Time spent meeting with S. DeLong (LJP Legal Fellow) providing her brief overview of case matter and followup requirements, plaintiff identification, resources, background and sample intake/affidavits. | 0.80 |
| | | 8/15/2017 | Joanna Cuevas | Time spent reviewing and editing S. DeLong (LJP Legal Fellow)'s translation of sample intake script for potential individual plaintiffs. | 0.40 |
| | | 8/16/2017 | Joanna Cuevas | Followup email exchange with S. DeLong (LJP Legal Fellow) re: status update re: plaintiff identification and intake outreach followup calls. | 0.20 |
| | | 8/21/2017 | Joanna Cuevas | Reviewed email from N. Steiner (Dechert) with attached draft complaint sent to LJP, LCCRUL and Dechert Caseteams; reviewed followup emails from J. Perez to LJ Admin Staff re: new accounting and time codes for case matter (R. Rosado, S. Orna, J. Cartagena, M. Konowal). etc. | 0.20 |
| | | 8/22/2017 | Joanna Cuevas | Followup meeting with M. Abbas/Kapioros re: LJP Voting | 0.40 |

| | | | |
|---|---|---|---|
| | | Abbas/Kanioros re: LJP Voting Rights Docket] Sample Affidavit & Excel Sheet for Followup LJP Cada Voto Cuenta Intake Followup Calls for Post-Shelby Intake NVRA Followup | |
| 8/22/2017 | Joanna Cuevas | Followup email and attachment exchanges with M. Abbas/Kanioros re: LJP Voting Rights Docket] Sample Affidavit & Excel Sheet for Followup LJP Cada Voto Cuenta Intake Followup Calls for Post-Shelby Intake NVRA State Case Followup | 0.40 |
| 8/23/2017 | Joanna Cuevas | Reviewed followup email and attached draft complaint with edits and comments from J. Powers (LCCRUL) re: draft NY NVRA complaint, as sent to LJP, Dechert and LCCRUL Caseteams for joint collective review | 0.10 |
| 8/24/2017 | Joanna Cuevas | Followup email exchange with N. Steiner, A. Do, T. Jayaraman, H. Bonaccorsi (Dechert LLP), E. Rosenberg, J. Powers (LCCRUL), J. Perez re:  scheduling strategy TC re: draft NY NYVA complaint | 0.20 |
| 8/25/2017 | Joanna Cuevas | Reviewed admin email from A. Do (Dechert) re: today's call re: draft NY NYVA complaint | 0.10 |
| 8/25/2017 | Joanna Cuevas | Participated in case strategy conf call with N. Steiner, A. Do, T. Jayaraman, H. Bonaccorsi (Dechert), J. Powers (LCCRUL), J. Perez | 0.50 |
| 8/28/2017 | Joanna Cuevas | Followup email and attachment exchange with N. Steiner, A. Do, M. Espana, T. Jayaraman (Dechert LLP), J. Powers, E. Rosenberg (LCCRUL), J. Perez re: LJP edits with footnote sources and U.S. Census NY State 2016 Registration Data for Complaint Language and edits to Para 7 of Draft Complaint | 0.20 |
| 8/28/2017 | Joanna Cuevas | Time spent editing and adding footnote sources and U.S. Census NY State 2016 Registration Data for Complaint Language and edits to Para 7 of Draft Complaint. | 0.30 |
| 8/28/2017 | Joanna Cuevas | Time spent researching footnote sources and U.S. Census NY State 2016 Registration Data for Complaint Language and edits to Para 7 of Draft Complaint. | 0.60 |
| 8/29/2017 | Joanna Cuevas | Followup email and attachment exchange with N. Steiner, A. Do, M. Espana, T. Jayaraman (Dechert LLP), J. Powers, E. Rosenberg (LCCRUL), J. Perez re: LJP edits with footnote sources and U.S. Census NY State 2016 Registration Data for Complaint Language and edits to Para 7 of Draft Complaint; reviewed replies from J. Powers; N. | 0.20 |
| 8/31/2017 | Joanna Cuevas | Followup email exchanges with N. Steiner (Dechert), J. Powers (LCCRUL) Dechert, LCCRUL and LJP Caseteams re: finalized draft NYS NVRA complaint | 0.20 |
| 8/31/2017 | Joanna Cuevas | Time spent completing final Proofread of finalized draft NYS NVRA complaint | 0.40 |
| 8/31/2017 | Joanna Cuevas | Followup email exchange with J. Perez, J. Garcia and C. Perez with newly adapted quote for NEW NYS BOE NVRA complaint filing next Wednesday. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/1/2017 | Joanna Cuevas | Reviewed followup emails from N. Steiner, H. Bonnacorsi (Dechert), J. Powers, D. Robinson (LCCRUL); etc. re: updates to draft complaint, complaint filing PR next week. | 0.20 |
| 9/2/2017 | Joanna Cuevas | Reviewed email from J. Perez re: RE: draft NY NYVA complaint as sent to J. Garcia and re: Wednesday filing & release. | 0.10 |
| 9/3/2017 | Joanna Cuevas | Reviewed email from J. Perez re: RE: draft NY NYVA complaint as sent to LJP, LCCRUL, Dechert Caseteams and copied to J. Garcia for next week's case filing and PR. | 0.10 |
| 9/5/2017 | Joanna Cuevas | Followup email exchange with J. Perez, J. Garcia, J. Powers, E. Rosenberg, D. Robinson, J. Brady (LCCRUL), N. Steiner, A. Do, T. Jayaraman, E. West, Hilary Bonnacorsi (Dechert), re: joining press call tomorrow o/b/o LJP for complaint filing; reviewed followup email from J. Perez to J. Cartagena, J. Garcia, C. Perez and I re: same. | 0.20 |
| 9/5/2017 | Joanna Cuevas | Reviewed followup email and attachments from J. Powers (LCCRUL) sent to me, J. Perez, J. Garcia, J. Powers, E. Rosenberg, D. Robinson, J. Brady (LCCRUL), N. Steiner, A. Do, T. Jayaraman, E. West, Hilary Bonnacorsi (Dechert), re: (1) November 2016 NVRA notice letter; (2) an earlier September 2016 letter from the Lawyers' Committee to the NYSBOE; and (3) email from Bob Brehm | 0.20 |
| 9/6/2017 | Joanna Cuevas | Followup email and attachment exchange with with J. Powers, D. Robinson, J. Brady (LCCRUL), H. Bonnacorsi, N. Steiner, M. Espana, T. Jayaraman, A. Do (Dechert), S. Lerner (CC NY) re: RE: Press Advisory, NY NVRA Press Call Run of Show; Dial in at 1:20 | 0.20 |
| 9/6/2017 | Joanna Cuevas | Reviewed email with attached PDFs from J. Powers (LCCRUL) to A. Saini, D. Lucas, L. Rosado, S. Khan (NYAG), copied to me, E. Rosenberg (LCCRUL), N. Steiner (Dechert), J. Perez | 0.10 |
| 9/6/2017 | Joanna Cuevas | Called and participated as a speaker for LJP for joint LCCRUL/LJP/Dechert/Common Cause case filing press call, answered questions from B. Bergin, WNYC; reviewed followup email from J. Chin re: New York sued over process for purging names from voter rolls | Crain's New York Business | 0.50 |
| 9/7/2017 | Joanna Cuevas | Reviewed email from H. Katzman re: Civil Rights Groups File Lawsuit Challenging Removal of Voters from New York Poll Books | 0.10 |
| 9/8/2017 | Joanna Cuevas | Reviewed email from J. Perez re: LJP Newsletter e: FW: Check Out LatinoJustice: Civil Rights Groups File Lawsuit Challenging Removal of Voters from New York Poll Books | 0.10 |
| 9/11/2017 | Joanna Cuevas | Followup email exchange with N. Steiner, T. Jayaraman and | 0.30 |

| | | | |
|---|---|---|---|
| 9/11/2017 | Joanna Cuevas | Steiner, T. Jayaraman, H. Bonnacorsi (Dechert), E. Rosenberg, J. Powers (LCCRUL) re: scheduling order for initial conference on Dec. 22; filing NOA, etc.; followup email exchanges with N. Steiner and L. Lopez (Dechert) re: filing and certifying service for my NOA. Filed NOA and Cert of Service in Case 1:17-cv-06770-AJN Common Cause/New York  v. Brehm et al; reviewed ECF Docs 18 and 19 Notifications re:<br><br>U.S. District Court<br>Southern District of New York<br>Notice of Electronic Filing<br><br>The following transaction was entered by Cuevas Ingram, Joanna on 9/11/2017 at 12:59 PM EDT and filed on 9/11/2017<br>Case Name: Common Cause/New York v. Brehm et al<br>Case Number:1:17-cv-06770-AJN<br><br>Filer:Common Cause/New York, Document Number:18<br><br>Docket Text:<br>NOTICE OF APPEARANCE by Joanna Elise Cuevas Ingram on behalf of Common Cause/New York,. (Cuevas Ingram, Joanna)<br><br>U.S. District Court<br>Southern District of New York<br>Notice of Electronic Filing<br><br>The following transaction was entered by Cuevas Ingram, Joanna on 9/11/2017 at 5:03 PM EDT and filed on 9/11/2017<br>Case Name: Common Cause/New | 0.20 |
| 9/11/2017 | Joanna Cuevas | Brief followup phonecalls with L. Lopez (Dechert) re: filing and properly serving NOA. | 0.10 |
| 9/11/2017 | Joanna Cuevas | Followup email exchange with J. Perez re: Case assigned to The Honorable Judge Nathan. | 0.10 |
| 9/11/2017 | Joanna Cuevas | Followup email exchange with J. Perez re: NOA and filing. | 0.20 |
| 9/11/2017 | Joanna Cuevas | Followup email exchange with L. Lopez, N. Steiner (Dechert) and J. Perez re: RE: Activity in Case 1:17-cv-06770-AJN Common Cause/New York  v. Brehm et al Notice of Appearance | 0.30 |
| 9/12/2017 | Joanna Cuevas | Reviewed ECF SDNY Notification re: U.S. District Court | 0.10 |

U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered on 9/12/2017 at 2:41 PM EDT and filed on 9/12/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:No document attached

Docket Text:
***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Douglas A. Kellner to RE-FILE Document [17] Notice of Appearance. Use the event type Letter found under the event list

| 9/20/2017 | Joanna Cuevas | Accepted Outlook invite from J. Perez re: LJP Internal followup meeting for 09/27/18, 12 noon-2pm EDT | 0.10 |
| 9/22/2017 | Joanna Cuevas | Reviewed SDNY ECF Notification re: and 30 page limit do not apply. | 0.10 |

U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered by Powers, John on 9/22/2017 at 5:31 PM EDT and filed on 9/22/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Common Cause/New York, Document Number:20

Docket Text:
MOTION for John Powers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14161354. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Common Cause/New York,. (Attachments: # (1) Affidavit of John Powers, # (2) Exhibit A - Maryland Certificate of Good Standing, # (3) Exhibit B - District of Columbia Certificate of Good Standing, # (4) Text of

| 9/25/2017 | Joanna Cuevas | Joined and participated in Press Conference with K. Clarke (LCCRUL), N. Steiner (Dechert), S. Lerner (CCNY) re: filing in CC v. NYS BOE | 0.60 |
| 9/26/2017 | Joanna Cuevas | Reviewed followup email exchange between N. Steiner, T. Jayaraman, H. Bonnacorsi, A. Do, M. Espana (Dechert), J. Perez, myself, J. Powers, E. Rosenberg (LCCRUL) re: scheduling motion practice | 0.20 |
| 10/3/2017 | Joanna Cuevas | Reviewed ECF Notification re: U.S. District Court | 0.10 |

| | | Southern District of New York Notice of Electronic Filing | |
| --- | --- | --- | --- |
| | | The following transaction was entered on 10/3/2017 at 12:09 PM EDT and filed on 10/3/2017 Case Name: Common Cause/New York v. Brehm et al Case Number:1:17-cv-06770-AJN | |
| | | Filer: Document Number:21(No document attached) | |
| | | Docket Text: ORDER granting [20] Motion for John Powers to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) | |
| 10/4/2017 | Joanna Cuevas | Reviewed followup email exchange with T. Jayaraman (Dechert), J. Powers (LCCRUL) to LJP, LCCRUL and Dechert Caseteams re: Case Briefing Schedule | 0.10 |
| 10/10/2017 | Joanna Cuevas | Reviewed SDNY ECF Notifications re: Dkt. Nos. 22-28 Affidavits of Service for U.S. District Court Southern District of New York Notice of Electronic Filing | 0.20 |
| | | The following transaction was entered by Steiner, Neil on 10/10/2017 at 5:30 PM EDT and filed on 10/10/2017 Case Name: Common Cause/New York v. Brehm et al Case Number:1:17-cv-06770-AJN | |
| | | Filer:Common Cause/New York, Document Number:22 | |
| | | Docket Text: AFFIDAVIT OF SERVICE of Summons and Complaint,. Robert A. Brehm served on 9/11/2017, answer due 10/2/2017. Service was accepted by Kimberly Galvin, Esq.. Document filed by Common Cause/New York,. (Steiner, Neil) | |
| | | U.S. District Court Southern District of New York Notice of Electronic Filing | |
| | | The following transaction was entered by Steiner, Neil on 10/10/2017 at 5:32 PM EDT and filed on 10/10/2017 Case Name: Common Cause/New York v. Brehm et al Case Number:1:17-cv-06770-AJN | |
| 10/11/2017 | Joanna Cuevas | Reviewed SDNY ECF Notice re: U.S. District Court | 0.10 |

U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered on 10/11/2017 at 8:00 AM EDT and filed on 10/11/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:No document attached

Docket Text:
>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [28] MOTION for Ezra D. Rosenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14226997. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document

| | | |
|---|---|---|
| 10/12/2017 | Joanna Cuevas | 0.10 |

Reviewed SDNY ECF re: U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered on 10/12/2017 at 8:49 AM EDT and filed on 10/12/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:29(No document attached)

Docket Text:
ORDER granting [28] Motion for Ezra D. Rosenberg to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only

| | | |
|---|---|---|
| 10/12/2017 | Joanna Cuevas | 0.10 |

Followup email exchange with J. Perez re: filing his NOA in Case 1:17-cv-06770-AJN Common Cause/New York  v. Brehm et al Notice of Appearance

| | | |
|---|---|---|
| 10/17/2017 | Joanna Cuevas | 0.10 |

Reviewed SDNY ECF re: U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered by Perez, Jose-Luis on 10/17/2017 at 5:30 PM EDT and filed on 10/17/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Common Cause/New York, Document Number:30

Docket Text:
NOTICE OF APPEARANCE by Jose-Luis Perez on behalf of Common Cause/New York,. (Perez, Jose-Luis ECF Notification re: U.S. District Court

| | | |
|---|---|---|
| 10/18/2017 | Joanna Cuevas | 0.10 |

District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was
entered on 10/18/2017 at 5:11 PM
EDT and filed on 10/18/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:No document
attached

Docket Text:
Set/Reset Deadlines: Robert A.
Brehm answer due 11/17/2017;
Douglas A. Kellner answer due
11/17/2017; Peter S. Kosinski
answer due 11/17/2017; Gregory P.
Peterson answer due 11/17/2017;
Andrew J. Spano answer due
11/17/2017; Todd D. Valentine
answer due 11/17/2017. Motions
due by 11/17/2017. Responses due

| 10/18/2017 | Joanna Cuevas | Reviewed SDNY ECF Notification re: U.S. District Court Southern District of New York Notice of Electronic Filing | 0.10 |

The following transaction was
entered on 10/18/2017 at 5:10 PM
EDT and filed on 10/18/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:32

Docket Text:
ORDER: granting in part and
denying in part [31] Letter Motion for
Extension of Time to Answer. SO
ORDERED/DENIED. Answer due by
11/17/2017. Motion due by
11/17/2017. Response due by
12/22/2017. Reply due by 1/12/2018.

| 10/18/2017 | Joanna Cuevas | Reviewed SDNY ECF re: U.S. District Court | 0.10 |

| | | | |
|---|---|---|---|
| 11/2/2017 | Joanna Cuevas | District Court<br>Southern District of New York<br>Notice of Electronic Filing<br><br>The following transaction was entered by Steiner, Neil on 10/18/2017 at 11:23 AM EDT and filed on 10/18/2017<br>Case Name: Common Cause/New York v. Brehm et al<br>Case Number:1:17-cv-06770-AJN<br><br>Filer:Common Cause/New York, Document Number:31<br><br><br>Docket Text:<br>LETTER MOTION for Extension of Time to File Answer addressed to Judge Alison J. Nathan from Neil A. Steiner dated October 18, 2017. Reviewed SDNY ECF Notification re: U.S. District Court<br>Southern District of New York<br>Notice of Electronic Filing | 0.10 |
| 11/17/2017 | Joanna Cuevas | The following transaction was entered by Quail, Brian on 11/2/2017 at 9:39 AM EDT and filed on 11/2/2017<br>Case Name: Common Cause/New York v. Brehm et al<br>Case Number:1:17-cv-06770-AJN<br><br>Filer:Robert A. Brehm<br>Douglas A. Kellner<br>Peter S. Kosinski<br>Gregory P. Peterson<br>Andrew J. Spano<br>Todd D. Valentine<br>Document Number:33<br><br><br>Docket Text:<br>NOTICE OF APPEARANCE by Brian Lee Quail on behalf of Robert A. Brehm, Douglas A. Kellner, Peter S. Kosinski, Gregory P. Peterson. Briefly Reviewed U.S. District Court<br>Southern District of New York | 0.20 |

Southern District of New York
Notice of Electronic Filing

The following transaction was
entered by Cartagena, Nicholas on
11/17/2017 at 5:09 PM EST and filed
on 11/17/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Robert A. Brehm
Douglas A. Kellner
Peter S. Kosinski
Gregory P. Peterson
Andrew J. Spano
Todd D. Valentine
Document Number:37

Docket Text:
FIRST MEMORANDUM OF LAW in
Support re: [36] FIRST MOTION to
Dismiss . . Document filed by Robert
A. Brehm, Douglas A. Kellner, Peter
S. Kosinski, Gregory P. Peterson,
Andrew J. Spano, Todd D.

| 11/17/2017 | Joanna Cuevas | Reviewed U.S. District Court Southern District of New York Notice of Electronic Filing | 0.10 |

The following transaction was
entered by McCann, William on
11/17/2017 at 1:00 PM EST and filed
on 11/17/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Robert A. Brehm
Douglas A. Kellner
Peter S. Kosinski
Gregory P. Peterson
Andrew J. Spano
Todd D. Valentine
Document Number:35

Docket Text:
NOTICE OF APPEARANCE by
William J. McCann, Jr on behalf of
Robert A. Brehm, Douglas A.
Kellner, Peter S. Kosinski, Gregory
P. Peterson, Andrew J. Spano, Todd
D. Valentine. (McCann, William);
U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was
entered by Cartagena, Nicholas on
11/17/2017 at 1:00 PM EST and filed
on 11/17/2017
Case Name: Common Cause/New
York v. Brehm et al

| 11/17/2017 | Joanna Cuevas | Reviewed Southern District of New York | 0.10 |

York
Notice of Electronic Filing

The following transaction was entered by Cartagena, Nicholas on 11/17/2017 at 5:13 PM EST and filed on 11/17/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Robert A. Brehm
Douglas A. Kellner
Peter S. Kosinski
Gregory P. Peterson
Andrew J. Spano
Todd D. Valentine
Document Number:39

Docket Text:
CERTIFICATE OF SERVICE of Motion to Dismiss served on Common Cause on 11/17/2017. Document filed by Robert A. Brehm, Douglas A. Kellner, Peter S. Kosinski, Gregory P. Peterson, Andrew J. Spano, Todd D. Valentine. (Cartagena, Nicholas);
U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was entered by Cartagena, Nicholas on 11/17/2017 at 5:07 PM EST and filed on 11/17/2017

| 11/17/2017 | Joanna Cuevas | Reviewed U.S. District Court Southern District of New York Notice of Electronic Filing | 0.10 |

The following transaction was entered by Cartagena, Nicholas on 11/17/2017 at 5:11 PM EST and filed on 11/17/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Robert A. Brehm
Douglas A. Kellner
Peter S. Kosinski
Gregory P. Peterson
Andrew J. Spano
Todd D. Valentine
Document Number:38

Docket Text:
DECLARATION of Nicholas R. Cartagena in Support re: [36] FIRST MOTION to Dismiss .. Document filed by Robert A. Brehm, Douglas A. Kellner, Peter S. Kosinski, Gregory P. Peterson, Andrew J. Spano, Todd D. Valentine. (Attachments: # (1)

| 11/21/2017 | Joanna Cuevas | Reviewed email exchange from A. Do, N. Steiner (Dechert) and E | 0.20 |

| | | | |
|---|---|---|---|
| | | Do, N. Steiner (Dechert) and E. Rosenberg (LCCRUL), as copied to Dechert, LJP and LCCRUL Caseteams re: Defendant's MTD; Letter to J. Nathan under Individual Rule 3(F) | |
| 11/21/2017 | Joanna Cuevas | Reviewed SDNY ECF Notification re: .S. District Court Southern District of New York Notice of Electronic Filing | 0.10 |

The following transaction was entered on 11/21/2017 at 3:40 PM EST and filed on 11/21/2017
Case Name: Common Cause/New York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:40

Docket Text:
ORDER: On November 17, 2017, Defendants filed a motion to dismiss. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before November 27, 2017, Plaintiff must notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the pleading being attacked. Plaintiff is on notice that declining to amend its pleadings to timely respond to a fully briefed argument in the Defendant's November 17 motion to dismiss may well constitute a waiver of the Plaintiff's right to use the amendment process to cure any defects that have been made apparent by the Defendant's briefing. If Plaintiff chooses to amend, Defendant may then (a) file

| | | | |
|---|---|---|---|
| 11/22/2017 | Joanna Cuevas | Joined and participated in followup conference call with H. Bonnacorsi, N. Steiner, A. Do (Dechert), and Dechert Caseteam, J. Powers, E. Rosenberg (LCCRUL) re: NYS BOE - Next Steps w/r/t MTD | 0.20 |
| 11/22/2017 | Joanna Cuevas | Accepted Outlook Calendar invite from H. Bonaccorsi re: NYS BOE LJP, LCCRUL, Dechert Case Conference/Strategy Call re: Next Steps w/r/t MTD | 0.10 |
| 11/22/2017 | Joanna Cuevas | Followup email exchange with H. Bonnacorsi (Dechert), J. Powers (LCCRUL), as copied to Dechert, LJP and LCCRUL Caseteams re: Letter to J. Nathan under Individual Rule 3(F) | 0.20 |
| 11/27/2017 | Joanna Cuevas | Reviewed SDNY ECF Notification re: U.S. District Court | 0.10 |

U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was
entered by Steiner, Neil on
11/27/2017 at 2:37 PM EST and filed
on 11/27/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Common Cause/New York,
Document Number:41

Docket Text:
LETTER addressed to Judge Alison
J. Nathan from Neil A. Steiner dated
November 27, 2017 re: Response to
Court's Order entered November 21,
2017 (Doc. 40). Document filed by

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/13/2017 | Joanna Cuevas | Followup email exchange with J. Powers (LCCRUL), H. Bonnacorsi, A. Do, T. Jayaraman, M. Espana, N. Steiner (Dechert), E. Rosenberg, S. Weiss (LCCRUL) J. Perez re: scheduling case strategy call re: Outline for Opposition to MTD | 0.20 |
| 12/14/2017 | Joanna Cuevas | Reviewed followup email notes, and attachments from J. Powers (LCCRUL) as originally copied to A. Do (Dechert); Steiner, Neil <neil.steiner@dechert.com>; Joanna Cuevas Ingram <jcuevas@latinojustice.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Bonaccorsi, Hilary <Hilary.Bonaccorsi@dechert.com>; Jayaraman, Tharuni <tharuni.jayaraman@dechert.com>; Jose Perez <jperez@latinojustice.org>; Espana, Mauricio <Mauricio.Espana@dechert.com>; Sam Weiss <sweiss@lawyerscommittee.org> re: Legal Research and Analysis for Opposition Brief for Opposition to MTD | 0.40 |
| 12/14/2017 | Joanna Cuevas | Accepted Outlook invite from H. Bonnacorsi (Dechert) re: Accepted: Brehm/NY - Call re: Response to MTD | 0.10 |
| 12/16/2017 | Joanna Cuevas | Time spent reviewing outline for Opp to MTD Brief. | 0.30 |
| 12/18/2017 | Joanna Cuevas | Reviewed followup email exchange between J. Powers (LCCRUL), A. Do (Dechert), J. Perez, as originally copied to Dechert, LJP and LCCRUL Co-Counsel re: RE: Activity in Case 1:17-cv-06770-AJN Common Cause/New York   v. Brehm et al Order, contacting clerk re: mistaken filing; reviewed followup emails and attachments from J. Powers (LCCRUL) and A. Do (Dechert) re: draft sections of Opposition Brief. | 0.40 |
| 12/18/2017 | Joanna Cuevas | Reviewed SDNY ECF Notification re: U.S. District Court | 0.10 |

U.S. District Court
Southern District of New York
Notice of Electronic Filing

The following transaction was
entered on 12/18/2017 at 5:00 PM
EST and filed on 12/18/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:42

Docket Text:
ORDER: On November 17, 2017,
Defendants filed a motion to dismiss.
Opposition to Defendants' motion
was due on December 1, 2017, but
as of December 18, 2017, Plaintiff
has failed to file anopposition to
Defendants' motion or request a
deadline extension. Therefore, no
later January 8, 2018, Plaintiff shall
submit a letter to the Court indicating
that it wishes to file an opposition to
the motion or does not wish to file an
opposition to the motion to dismiss.
(As further set forth in this Order.)
Failure to submit any letter to the
Court by January 8, 2018 shall result
in DISMISSAL of the action for
failure to prosecute. (Signed by

| Date | Name | | Hours |
|---|---|---|---|
| 12/19/2017 | Joanna Cuevas | Reviewed followup email from H. Bonnacorsi (Dechert). | 0.10 |
| 12/19/2017 | Joanna Cuevas | Reviewed U.S. District Court Southern District of New York Notice of Electronic Filing | 0.10 |

The following transaction was
entered by Steiner, Neil on
12/19/2017 at 12:00 PM EST and
filed on 12/19/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:Common Cause/New York,
Document Number:43

Docket Text:
LETTER addressed to Judge Alison
J. Nathan from Neil A. Steiner dated
December 19, 2017 re: Courts Order
dated December 18, 2017 Dkt. 42.
Document filed by Common

| Date | Name | | Hours |
|---|---|---|---|
| 12/20/2017 | Joanna Cuevas | Reviewed followup emails and attached Drafts of Opposition to MTD Brief from A. Do (Dechert); J. Powers (LCCRUL); reviewed followup emails from H. Bonnacorsi (Dechert) | 0.40 |
| 12/20/2017 | Joanna Cuevas | Reviewed U.S. District Court Southern District of New York | 0.10 |

Southern District of New York
Notice of Electronic Filing

The following transaction was
entered on 12/20/2017 at 11:25 AM
EST and filed on 12/20/2017
Case Name: Common Cause/New
York v. Brehm et al
Case Number:1:17-cv-06770-AJN

Filer:
Document Number:44

Docket Text:
MEMO ENDORSEMENT: on re: [43]
Letter filed by Common Cause/New
York. ENDORSEMENT: The parties
are instructed to file their briefing in
accordance with the schedule set by
the Court on October 18, 2017 and
to disregard the instructions in its
December 18 order. (Signed by
Judge Alison J. Nathan on

| | | |
|---|---|---|
| 12/21/2017 | Joanna Cuevas | Reviewed followup email and attached draft Opposition to MTD redline and revised draft from E. Rosenberg (LCCRUL), reviewed replies from A. Do (Dechert), E. Rosenberg, N. Steiner (Dechert); reviewed Outlook Calendar call invite from J. Powers (LCCRUL); Followup email exchange with J. Powers (LCCRUL), Do, Anna <Anna.Do@dechert.com>; Bonaccorsi, Hilary <Hilary.Bonaccorsi@dechert.com>; Steiner, Neil <neil.steiner@dechert.com>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Jose Perez <jperez@latinojustice.org>; Jayaraman, Tharuni <tharuni.jayaraman@dechert.com>; Sam Weiss <sweiss@lawyerscommittee.org>; Shorey, Katherine <Katherine.Shorey@dechert.com> re: Do, Anna <Anna.Do@dechert.com>; Bonaccorsi, Hilary <Hilary.Bonaccorsi@dechert.com>; Steiner, Neil <neil.steiner@dechert.com>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Jose Perez <jperez@latinojustice.org>; Jayaraman, Tharuni <tharuni.jayaraman@dechert.com>; Sam Weiss | 0.40 |

| | |
|---|---|
| CommCauseState - CommCauseState  CommCauseState Total: | 20.00 |
| **Common Cause v. State BOE Total:** | **20.00** |
| **Grand Total** | **20.00** |

