# EXHIBIT 2

JChin - CV

# JACKSON CHIN

Jchin@latinojustice.org, Jchin4nyc@yahoo.com, (212) 219-3360 ext.7572 (work)

**EDUCATION**
University of California at San Francisco, Hastings College of the Law, Juris Doctor, Editor, Hastings Law News
Washington University at St. Louis, Graduate Fellowships in Asian Studies
City College of New York, Bachelor of Arts (*cum laude*, History Honors)
The Bronx High School of Science, New York

**BAR ADMISSIONS**
New York Bar
U.S. Courts of Appeal for the 2nd, 3rd, & 4th Circuits
U.S. Eastern District of New York
U.S. Southern District of New York
U.S. Western District of New York

**PROFESSIONAL HONORS**

New York City Bar Association's 29th Annual Legal Services Award (June 2018)
Public Justice's Annual Award, Trial Lawyer of the Year (June 2017)(team)

**PROFESSIONAL EXPERIENCE**

**LatinoJustice** PRLDEF, New York, NY
SENIOR COUNSEL, Litigation                                                                    August 2000 to Present
- **Litigation Experience**
  o See below sample cases
- **Amicus Briefs**
- Martinez v. The Regents of the University of California (117 Cal.Rptr.3d 359), Margerum v. City of Buffalo, 5 N.Y.S.3d 336, Conde Vidal v. Garcia Padilla, Commonwealth of Puerto Rico (1st Cir.); Tax Equity Now NY LLC v. City of New York, State of New York, New York Supr. Ct. No. 153759/2017
- **Legal and Policy Advocacy**
  o Title VI language rights trainings; Drafted and gave testimony before tribunals, including, N.Y. State Senate, N.Y. City Council (e.g., testimony supporting reforms to City Human Rights Law; policy advocacy to expand franchise for immigrants in municipal elections); Nassau County 2012 redistricting campaign, voting issues in Village of Port Chester; U.S. Commission on Civil Rights (provided testimony on 2002 voter irregularities in Florida presidential election); Title VI complaint at U.S. Dep't of Education on admissions to NYC specialized high schools; reforms on I.D. eligibility policy in New Jersey State Adult Education programs; filed complaints to challenge various school districts pupil registration denials and K-12 access barriers.
- **Other Experience**
  o Obtained State of Washington Governor Jay Inslee's order to commute sentence of Latino inmate (2015); Provided legal services for over 250 undocumented and other immigrants clients in *Project Ayuda* post-Sept.11 disaster aid services, supervised project staff of 5. Drafted various amicus briefs and testimony; coordinated strategic case support in amicus work; filed Freedom of

Information Act and FOIL requests; provided legal advice for clients, lawyers, and advocates. Coordinated Black- Brown community law and organizing project in Suffolk County, New York. Supervise law interns, drafted organizational letters and statements; Provided legal advice and support to LatinoJustice intake staff.

**Safe Horizon Immigration Law Project (Travelers Aid)**, Jackson Heights, NY
SUPERVISING ATTORNEY/PROJECT MANAGER                       September 1995 to August 2000

- Supervised seven legal staff at citywide *pro bono* legal services program. Held active docket in removal defense litigation for detained and non-detained immigrants, asylum-seekers, and permanent residents at Immigration Courts and BIA; Filed administrative petitions in family-based petitions, adjustment of status, VAWA-battered spouse self-petitions, special immigrant juvenile status, naturalization, cancellation, visa extensions, waivers and other relief. Trained multilingual agency hotline staff. Conducted over 35 legal workshops for community groups. Gave technical advice to private bar, women's groups, etc. Did program planning, filed grant reports and proposals.
- Developed expertise in gender-based immigration relief (e.g., Won rare asylum grant in immigration removal court for female Mexican victim of incest and domestic violence (2008) despite pending Attorney General asylum policy in Matter of R-A

**Center for Immigrants Rights**, New York, NY (defunct 1999)
LEGAL DIRECTOR                                             March 1992 to September 1995

- Managed legal program providing legal counseling, advice and referral to community advocates and general public via Center's confidential Hotline; Did technical assistance workshops to private bar, community advocates, social service providers and caseworkers on workplace rights, immigration law and policy, access to federal and state entitlements, healthcare eligibility, health access for PRUCOL. Developed clinics, workshops and training seminars. Teacher and Coordinator of Ford Foundation-pilot 'National Immigration Paralegal Skills Training Program' training course for 125 enrollees; Assisted applicants in seeking INS or BIA certifications

**The Legal Aid Society of New York, Juvenile Rights Unit**, New York, NY
STAFF ATTORNEY / LAW GUARDIAN

**Chinatown Immigrant Rights Project / Chinese Staff and Workers Association**, New York, NY
STAFF ATTORNEY / Education Director

**New York City Commission on Human Rights**
STAFF ATTORNEY (Complaint processing and review unit)

**City University of New York**, New York, NY
ASSISTANT PROFESSOR (ADJUNCT), Administrative Law

**Summer Clerkships**
Disability Rights Defense & Education Fund, Center for Constitutional Rights, Asian Law Caucus

## LITIGATION & LEGAL EXPERIENCE

Collected over $1,268,000 for Latino low wage immigrant workers in litigation and negotiated settlements. Obtained federal civil rights attorney's fees awards *at SDNY, EDNY, Mid Dt-PA*.

Valencia et. al. v. Ideal Snacks Corp. (Class action certification and back pay awards regarding WARN Act mass layoff of 243 immigrant factory workers, 2018 S.D.N.Y.)

Centro de la Comunidad Hispana de Locust Valley v. Town of Oyster Bay (868 F.3d 104) (2nd Cir. affirmed district decision voiding town's ordinance that attempted to criminalize street solicitation by day laborers in violation of first amendment commercial speech)

In Matter of Jose R (obtained $44K settlement on wage non-payment claim for homeless elderly immigrant building porter based on NY Labor Law (2018)

Kim et. al. v Yoo (2016 WL 258642) and Kim, et. al. v. Kum Gang San (2014 WL 1254381) (federal appeals and district court litigation to enforce judgment of $2.7 million back pay wages for Korean and Latino restaurant workers)

Gonzalez v. Pritzker, Secretary of U.S. Dep't of Commerce (2016 WL 5395905, 28 F.Supp.3d 222) (Title VII class action over U.S. Census Bureau's hiring practices denying eligibility based on arrest background)

Favors v. Cuomo I (39 F.Supp.3d 276) (intervention in 2012 NY Congressional redistricting plan)

Favors v. Cuomo II (2013 WL 5818773) (Equal protection and Sec. 2 Voting Rights Act challenge to NY State Senate redistricting map)

EEOC complaint against Local 52- IATSE (Film industry union's racially exclusionary membership practices; contribution to NYS Attorney General Civil Rights Bureau settlement to reform Local 52 IATSE admission practices.)

E.E.O.C. v. Beauty Enterprises (2008 WL 3359252) (Title VII lawsuit by warehouse workers affected by English-Only policy and retaliatory practices at international cosmetics distributor; money settlement)

E.E.O.C. v. Local 638 (represented Latino and Black intervenors and sheet metal construction workers to challenge proposed settlement at fairness hearing.)

Tarrats v U.S. F.D.I.C. (settlement for class agents for government workers filed before E.E.O.C.)

Grand Street Settlement Cooperative Corp. (settlement for 10 Latino maintenance workers on English-Only policy)

Rodriguez v Pataki (Constitutional challenge to NY 2002 redistricting map)

Little v. LATFOR (Intervene to uphold constitutionality of anti-prisoner gerrymandering state legislation in correcting data collection and Census residence placement)

Lozano v City of Hazleton (724 F.3d 297, aff'd 3rd Cir)) (trial counsel in precedential federal case challenging anti-immigrant local ordinances)

<u>Milanes v. U.S. CIS and FBI</u> (354 Fed.Appx.573) (settled class action lawsuit on behalf of naturalization applicants subject to unreasonable delays in criminal background checks and adjudications)

<u>Garcia v U.S. DHS</u> (Due process and constitutional claims by lawful permanent resident detained by US ICE; illegal detention and false imprisonment, pending in E.D.N.Y.)

<u>Aguilar v. U.S. ICE</u> (class action litigation based on ICE warrantless pre-dawn home raids; led to $1 million damages for immigrant families and settlement; revisions to law enforcement training manual)

<u>Cubas v N.Y Comm'r of Dep't of Motor Vehicles</u> (888 N.Y.S.2d 10) (Won preliminary injunctions against NYS DMV for policy restrictions affecting tens of thousands of undocumented drivers whose licenses denied renewals or facing suspensions based on ultra vires *legal presence* agency rule)

<u>Matter of LN</u> (Obtained "U" Crime Victim visa and lawful permanent residency for Guatemalan rape victim via U.S DHS

## FOREIGN LANGUAGES AND OTHER SKILLS

Reading, writing, and oral proficiencies in Chinese (*Mandarin, Cantonese, Toisanese dialects),* French, Spanish, German. Knowledge of Westlaw, Lexis-Nexis, PACER, Twitter, word processing, PowerPoint, other apps

## PAST COMMUNITY AND PRO BONO ACTIVITIES

CUNY NY Citizenship – pro bono Naturalization events
Evening Pro Bono Law Clinics, Centro de Educacion Para Trabadajores, NY
Appointed Member, New York City Community Board 2 (Lower East Side, Manhattan)
Board Member, Asian American Arts Alliance, NY

## UNESCO WORLD CULTURAL SITES AND EXPLORATION

Ayutthaya, Sukhothai, Forbidden City (Gugong), The National Palace Museum, Sultan Ahmet Camii, Hagia Sofia, Ephesus, Cappodocia, Parthenon, Delphi, Colosseum, Toledo, Alhambra-Granada, El Sagrada Familia, Vatican Museum, Hōryū-ji, Todaiji, Aix-en-Provence, Avignon, Pompeii, Yosemite Park, Grand Canyon, Muir Wood Redwood National Park, Tikal, Teotihuacan