

1095 Avenue of the Americas  
New York, NY  10036-6797  
+1  212  698  3500  Main  
+1  212  698  3599  Fax  
www.dechert.com

**NEIL A. STEINER**

neil.steiner@dechert.com  
+1 212 698 3822  Direct  
+1 212 698 0480  Fax

July 1, 2020

Honorable Alison J. Nathan  
United States District Court  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re:   *Common Cause/New York v. Brehm, et al.*, **1:17-cv-06770-AJN**

Dear Judge Nathan:

We write to inform the Court that the Parties have finalized the settlement agreement with respect to Plaintiff's application for an award of attorneys' fees and expenses (the "Settlement Agreement") in the above-referenced action and to request that the Court approve the Settlement Agreement.

An executed copy of the Settlement Agreement is attached hereto as Exhibit 1.

We are available at the Court's convenience to address any questions.

Respectfully submitted,

*/s/ Neil A. Steiner*

**Neil A. Steiner**

cc:   All Counsel of Record by ECF