UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020
```

Common Cause/New York,

                Plaintiff,

–v–

Robert A. Brehm, *et al*,

                Defendants.

17-cv-6770 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has entered judgment in this matter, Dkt. No. 186, and the parties have resolved the only remaining dispute, the payment of attorney's fees, between themselves, Dkt. No. 197. The Clerk of Court is therefore respectfully ordered to close this case.

    SO ORDERED.

Dated: July 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge