USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Common Cause/New York, *as an organization and on behalf of its members*, <br><br> Plaintiff, <br><br> v. <br><br> Robert A. Brehm *et al.*, | 17-CV-6770 (AJN) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

  **AND NOW**, on this  24  day of   September  , 2021, upon consideration of the Motion for Leave to Withdraw As Counsel of Tharuni Jayaraman, it is hereby **ORDERED** that the motion is **GRANTED**, Ms. Jayaraman is authorized to withdraw as counsel effective September 24, 2021, and the clerk of the court is directed to remove Ms. Jayaraman from service of any further pleadings in connection with this matter.

9/24/2021

_____
Hon. Alison J. Nathan, U.S.D.J.